

भारतीय गैर न्यायिक

भारत

पचास रुपये
रु.50

FIFTY RUPEES
Rs.50

INDIA

INDIA NON JUDICIAL

తెలంగాణ తెలంగాణ **TELANGANA**

M 173699

No. 2706  Date. 04/7/19  Rs. 50/-
Sold to: S. Mounika
S/o D/o W/o: Sama Santosh Reddy  R/o Hyd
or Whom.

T. NARSIMULU
Licensed Stamp Vendor
Lic.No:15-14-009/2013,R.L.No:15-14-016-2019
H.No: 9-5-1, S.G.R. Colony, Champapet,
R.R. Dist-500 079. Cell: 9395384788

### AFFIDAVIT OF DECLARATION

I Mrs SAMA MOUNIKA REDDY W/o Sama Santosh Reddy aged about 25 years, occupation:House wife, Resident of Home No:17-1-382/P/98, Press Colony, Opp S N Reddy Gardens, Saidabad, Hyderabad 500060, State of Telangana, India, do hereby solemnly affirm and state on oath as follows:

1) That I am the deponent herein and as such I am well acquainted with the facts of this affidavit.
2) I submit that I am wife of Santosh Sama married to him on 24 FEB 2018.
3) I convey that I am suffering with health issues related to heart and Gynec. Cardiac surgery with surgical method named PBMV performed on 26 June 2018 at Yashoda Hospital, Malakpet, Hyderabad and other surgery named HYSTEROSCOPY AND SEPTUM RESECTION for Gynec need be performed only with his acceptance andin his presence.
4) I submit that my Husband is only bread winner and source of my family as I am a house wife who is completely dependent on him for my survival and medication.
5) I submit that my husband never involved in any crime in India as of date.

Therefore I request the Honourable concerned authorities to show leniency and release him. Please accept this above declaration which is true and correct to the best of my knowledge and belief and nothing has been therein.

Hence this affidavit.

Sworn and signed before me
On this the   day of   2019
At Hyderabad.

NOTARIAL

ATTEST
A PRATAP REDDY
B.Com.LL.B
ADVOCATE & NOTARY
Appointed by Govt. of India
Resi: Plot No.622, H.No.5-6-627/1,
H Krishna Devaraya Nagar, Vanasthalipuram,
(Vanasthalipuram Mandal), R.R. Dist: Hyd-70. A.P

S. Mounika Reddy
DEPONENT.
9069056666
mounikasama23@gmail.com.



From: Mounika Sama,
Government press colony,
Hyderabad, India.
June 29, 2019.

To: Honourable Judge Gershwin A. Drain
United States District Court
231 Lafayette Blvd
Detroit, MI  48226.

Subject: letter to the judge in connection with Santosh Sama sentencing.

Dear judge Drain,

Your honour, I am Mounika Sama wife of Santosh Sama of age 25 years Resident of Home No: 17-1-382/P/98 government press colony, Champapet, Saidabad, Hyderabad 500059. Bearing anAadharnumber 5650 6412 2178 addressing you to urge leniency in the sentencing of my husband who is appearing before your court and to express my life, struggles to live without Santosh.

I and my family have known Santosh Sama as a long relative over years I was troubled and shocked to hear and see news about Santosh conviction in news channels as he always been a rather solid person.

Sir I am daughter of a normal farmer father who works in farms for a complete day to provide food & shelter to my family by doing agriculture.

After hard struggles of our life's I have got married to Santosh on 24th FEB 2018 selected by my father by knowing Santosh and his responsibilities towards  family, sisters living and their wellbeing as a father does to a family.

I as a wife feel proud of my husband for his academics, responsible nature and for the way he stood with my mother-in-law at young age after losing my father-in-law by working part time in hospital after his collage hours to meet family necessities and maintain living along with the pension provided by the government. He never lived for himself, it is not easy to protect a woman and three girls throughout growing and providing them education and getting them o do settle in good positions like Teacher, Doctor and Government servant at he cost of his life shows how selfless person he is.

I know Santosh's love and care towards his loved ones is abundant. I strongly remember the moment my mother-in-law shared with me about her spine surgery for L4 L5 gradeII SPONDYLOLYSTHESIS made Santosh sacred most and he was been with her day and night completely at the hospital till her recovery, He was being at the back of doctors knowing about her condition and by giving medicines to her at the prescribed time with lot of expressions of love and happiness of having a son like him made me feel like a luckiest girl for having him as husband.

His kind and compassionate nature comes out in his ever ready approach to take on any kind of community service that is organized. His honesty makes everyone fall for him as he is dedicated to the word he has given. He respect elders who are senior citizens and help them more for their love in our community as he hasn't experienced father love, for which they came to our home soon after knowing about the news in television with filled tears in their eyes. He has become a family member in every house of our community.

All his qualities like loving, caring, responsible towards life and career, capable and helping nature, standing up for friends, to his active participation in social activities by serving poor and needy, taking care of his mother who lost her husband so early shows a great son present within.

His friendly nature huge respect towards society and female etc. which made me love him more and marry him to be his life partner.

After our wedding he became son even to my mother's family giving us strength by motivating with his great words with the experiences he faced after his father passing away.

As expected he was so protective about me out of love, caring to me about my health and medication, possessive of me,by taking me out for refreshment, giving time to me to share my feelings, freedom which made me happiest girl in the world knowing the good news that we are going to be parents soon.

But our happiness faded away by losing our baby After then I was attacked with cardiac arrest with the breathlessness for which I underwent to a heart surgery with the surgical method named PBMV (PERCUTANEOUS BALLON MITRAL VALVULOPLASTY) for mitral valve stenosis performed on 26 JUNE 2018 at Yashoda Hospital  situated at malakpet with inpatient id 228513 from then I am under supervision of Dr. G. Sudarsana Reddy  MD,DNB(Cardio) CONSULTANT AND CHIEF CARDIOLOGIST Reg. no:  6489 with the hospital id YH

: 215656634 regularly , with which my life has become miserable without Santosh. Doctor prescribed me to wait for certain time for another surgery named HYSTEROSCOPY AND SEPTUM RESECTION after PBMV as it involves high risk due to complete body Anaesthesia as I am a cardiac patient to be performed in presence of Santosh with his permission. My health condition is DEALT ONLY AFTER SANTOSH RETURNBY DOING SURGERY WITH HIS PERMISSION.This puts both me and he in high stress and the depression causing to me about his current situation is eating my soul and body inside which can only be solved by his presence with me.

As I am a cardiac patient under medication regularly alone with an injection named penidure12 LA to maintain my heartbeat controlled. I am a house wife who is completely dependent on him in every aspect like hospitality, medication health, even for bread and butter and rest of my life by with which my living has become miserable without Santosh.

Sir I am suffering from unfortunate things at my young age with lot of difficulties in health physically, suffering mentally by missing my love life and husband recently led to my depression for not withstanding to his current situation and wishing to be in his arms for peace.

The transgression of offence committed should not be the only factor you look at in this case, I hope you will also consider Santosh efforts to be better in his responsibilities, in community, academics, future etc. as well as his strong commitment to his family and also recently he has been under tremendous stress due to health issues related to my Heart and Gyenic and struggling to meet the treatments.

Santosh is incredibly remorseful and is willing to do whatever it takes to make reparations emotionally if possible. But to do that he needs you to give an opportunity to get a chance. I just hope you will recognise the power you wield with regard to the future of Santosh Sama and make a fair decision.

I Mounika Sama admit the above written words and Description is true and correct to an oath to God and I hereby depose my DECLARATION in the form of AFFIDAVIT attested by Notary Public and also enclosing all my health reports and identity proofs in the following supporting documents.

Thank you for taking your time to read my letter and know about my past with Santosh Sama and my present struggles for life without him. It is my sincere hope the court takes this letter in to consideration at the time of sentencing

and please let this be a factor in your decision as he had already experienced detention to utmost time for unintentional thing.

Sir out of all, I am a girl honestly requesting you and concerned authorities of USA to consider my words and save my life by giving a chance to my husband, which in turn saves my life sir, please consider my request to release him and save a patient life considering this to be my last wish by sending him soon for which I will be very thankful to you and USA government throughout my life.

Thank you,

Yours Faithfully,



SIGNATURE:

NAME: Mounika Sama.

CONTACT NUMBER: 9069056666.

mail :- mounikasama23@gmail.com





भारतीय विशिष्ट पहचान प्राधिकरण
भारत सरकार
Unique Identification Authority of India
**Government of India**

E-Aadhaar Letter

రిజిస్ట్రేషన్ /Enrolment No.: 2017/79743/14494

Sama Mounika Reddy (సామ మౌనిక రెడ్డి)

W/O Sama Santosh Reddy, 17-1-382/P/98, Press Colony, Opp Sama Narasimha Reddy Gardens, Saidabad, Hyderabad, Telangana - 500059

Date : 14/03/2018

మీ ఆధార్ సంఖ్య / Your **Aadhaar** No.:

## 5650 6412 2178



ఆధార్ -సామాన్యమానవుడి హక్కు

  
1947
1800 300 1947 help@uidai.gov.in www.uidai.gov.in

సమాచారం

- ఆధార్ గుర్తింపుకు ధృవీకరణ, పౌరసత్వానికి కాదు.
- గుర్తింపును ధృవీకరణ ఆన్లైన్ అథెంటికేషన్ ద్వారా పొందవచ్చు.
- ఇది ఎలక్ట్రానిక్ పద్ధతిలో ప్రాయబడిన లేఖ.

**INFORMATION**

- **Aadhaar** is a proof of identity, not of citizenship.
- To establish identity, authenticate online.
- This is electronically generated letter.

- ఆధార్ దేశమంతటా చెల్లుతుంది.
- ఆధార్ కొరకు, ఒక సారి నమోదు చేసుకుంటే సరిపోతుంది.
- దయచేసి మీ లేటెస్ట్ మొబైల్ నంబర్ మరియు ఈమెయిల్ అడ్రస్ నమోదు చేసుకోండి. దీనివలన మీరు వివిధ ప్రయోజనాలను పొంద వీలుంటుంది.

- **Aadhaar** is valid throughout the country.
- You need to enrol only once for **Aadhaar.**
- Please update your mobile number and e-mail address. This will help you to avail various services in future.

---


भारत सरकार
GOVERNMENT OF INDIA



సామ మౌనిక రెడ్డి
Sama Mounika Reddy
పుట్టిన తేది/ DOB: 12/02/1993
స్త్రీ / FEMALE

5650 6412 2178

ఆధార్ -సామాన్యమానవుడి హక్కు

भारतीय विशिष्ट पहचान प्राधिकरण
UNIQUE IDENTIFICATION AUTHORITY OF INDIA

చిరునామా:

W/O సామ సంతోష్ రెడ్డి, 17-1-382/పి/98, ప్రెస్ కాలనీ, సామ నరసింహా రెడ్డి గార్డెన్స్ ఎదురుగా, సైదాబాద్, హైదరాబాద్, తెలంగాణ - 500059

Address:
W/O Sama Santosh Reddy, 17-1-382/P/98, Press Colony, Opp Sama Narasimha Reddy Gardens, Saidabad, Hyderabad, Telangana - 500059



5650 6412 2178

**Aadhaar**-Aam Admi ka Adhikar



NOTARIAL

XEROX COPY ATTESTED

ATTEST
A. PRATAP REDDY
B.Com., B.L
ADVOCATE & NOTARY
Appointed by Govt. of India
Resi: Plot No.622, H.No.5-6-627/1,
Sri Krishna Devaraya Nagar, Vanasthalipuram,
Hayathnagar(Mandal), R.R.Dist, Hyd-70; A.P





**Marriage No. :** 94/2018

**Volume No. :** 42



# Certificate of Marriage

### (UNDER THE HINDU MARRIAGE ACT, 1955)
### (ACT NO. XXV OF 1955)

I __MD.ZAHEER AHMED__

hereby certify that Sri. __SAMA SANTOSH REDDY__

and Smt. __K.MOUNIKA REDDY__ (BEFORE MARRIAGE)

__SAMA MOUNIKA REDDY__ (AFTER MARRIAGE)

appeared before me this __02nd__ day of __MARCH__ 201**8**

and that each of them, in my presence and in the presence of three

witnesses have declared that a ceremony of marriage has been performed

between them on __24th FEBRUARY 2018__ and that

in accordance with their desire to have their marriage registered under

Hindu Marriage Act, the said marrige has, this __02nd__ day

of __MARCH__ 201**8** been registered.

XEROX COPY ATTESTED

**REGISTRAR OF HINDU MARRIAGES**
Registrar of Hindu Marriages
L.B. Nagar, Ranga Reddy Dist.(T.S.)

THE SEAL OF THE HINDU MARRIAGE REGISTRAR · L.B. Nagar, Ranga Reddy Dist.

02/03/2018

SEAL

NOTARIAL



**STATION :** S.R.O.L.B.NAGAR

**DATE :** 02 - 03 - 2018

**NOTE :** Number of Corrections : _____ NIL

ATTEST
A. PRATAP REDDY
B.Com,LLB
ADVOCATE & NOTARY
Appointed by Govt. of India
Resi: Plot No.622, H.No.
Sri Krishna Devaraya Nagar,
Hayathnagar(Mandal), R.R.Dist.



**YASHODA HOSPITALS**

Dr. Sudarsana Reddy.G
MD, D N B (Cardio)
Consultant & Chief Cardiologist
Reg.No:6489
Email:sudarsana@yahoo.com

YH. No 21565634

3/7/2019

Mrs. Mounika Reddy - 26 yrs F

K. CRHD. Severe MS
Post PBMV (26/6/2018)
Trivial MR. Mild TR

Had reaction to last injection of Penidure
Stop, Inj Penidure

Rx

T. Prolomet xc 12.5 mg d.

T. Lasilactone ½ tab half Dy
at 9.00 AM.

2 months ×    T. Dicalford once a day
after lunch.

T. Pentids 800 mg at 9.00 AM

Dr Sudarsan
3/7/2019

**For Appointments** please contact our 24/7 helpline number 8121066677, 040 4567 4567
Fees paid is valid for 02 more visits within 10 days

YASHODA HEALTHCARE SERVICES PVT. LTD, MALAKPET
Registered Office: 16-10-29, Nalgonda 'X' Roads, Malakpet,
Hyderabad, Telangana - 500 036
Corporate Identity Number (CIN): U45200TG1993PTC016175
email: malakpet@yashoda.in | www.yashodahospitals.com



FOR EMERGENCY/QUERIES
040 6723 2322 (24 HRS)  |  FOR APPOINTMENTS
040 4567 4567 (24 HRS)





# YASHODA HOSPITALS

Dr. Sudarsana Reddy.G
MD, D N B(Cardio)
Consultant & Chief Cardiologist
Reg.No:6489
Email:sudarsana@yahoo.com

**Token No : 31**

\*215656634\*

Remarks : PAID REV

Name      : MRS. MOUNIKA REDDY S        Age      : 26 Year(s)  Gender : Female

YH No     : 215656634        Date : 12/6/2019  12:29  Ref By :

Consultation Fee: Rs. 650        Rec.No: DFV104425/19 G  Phone No :        City: Saidabad

### " FOLLOW UP VISIT "

| | |
|---|---|
| **Diagnosis :**  CRHD. Severe MS . Post PBMV (26/6/2018 ) Trivial MR. Mild TR | **Date of Last Visit :** 16/2/2019 |
| **Nutrional Assessment :** ( DM/HTN/Other ) | **Previous Rx** |

Symptomatically better

**Progress Notes :**

BP 120/70 mmHg

SPO₂ -99 %.  Pulse -102/mt .

Heart : S₁ S₂ ahead MDM at the apex

Lungs: clear

No signs of LV failure .

P-S. O

FO4132

For Appointments please contact our 24/7 helpline number 8121066677, 040 4567 4567
Valid for 2 more visits on or Before Date : 21/06/2019

YASHODA HEALTHCARE SERVICES PVT. LTD, MALAKPET
Registered Office: 16-10-29, Nalgonda 'X' Roads, Malakpet,
Hyderabad, Telangana - 500 036
Corporate Identity Number (CIN): U45200TG1993PTC016175
email: malakpet@yashoda.in | www.yashodahospitals.com

FOR EMERGENCY/QUERIES
040 6723 2322 (24 HRS)   |   FOR APPOINTMENTS
040 4567 4567 (24 HRS)

**Investigations :**

6 months ✗

2DEcho g Heart

15 % concession
may be considered —
Dr Darsang

**Treatment:**

Rx

(1) T. Lamivudine ½ tab all day

(2) T. Prolomet XL 25 mg at
9.00 AM

(3) T. Renleds 800 mg at 9.00 PM
(N) Inj Peridine LA₁₂ 1. M once in
3 wks

(4) T. Sunbex XT once a day

(5) D. Cafford once a day
at 9.00 PM

Good MV area >2.0 Cm
MPG — 4 mm Hg
Trivial MR

Dr Darsang

**Review Advice:**

(R) after 6 months

Dr.Signature: _____

Date : _____   Time : _____



**YASHODA HOSPITALS**

Dr. Sudarsana Reddy.G
MD, D N B(Cardio)
Consultant & Chief Cardiologist
Reg.No:6489
Email:sudarsana@yahoo.com

*तत्त्वज०२५१४९६*

Token No : 13

*215656634*

Remarks : REV

| | |
|---|---|
| Name : MRS. MOUNIKA REDDY S | Age : *26 Year(s)* Gender : *Female* |
| YH No : 215656634 | Date : 16/2/2019 10:10   Ref By : |
| Consultation Fee: Rs. 650 | Rec.No: DFV29640/19   Phone No : |
| | City: *Saidabad* |

**" FOLLOW UP VISIT "**

**Diagnosis :**  CRHD. Severe MS.
Trivial MR. Mild TR.
Mod PAH.
Post PBMV (26/6/2018)

**Date of Last Visit :**

**Nutrional Assessment :**
**( DM/HTN/Other )**

**Previous Rx**

**Progress Notes :**

REV  Patient is symptomatically better.
No chest pain
Emotionally upset.

BP 100/70 mm Hg
Pulse - 78/mnt regular
Heart : S₁S₂ No murmur
Lungs : clear

FO4132

**For Appointments please contact our 24/7 helpline number 8121066677, 040 4567 4567**
**Valid for 2 more visits on or Before Date : 26/02/2019**

YASHODA HEALTHCARE SERVICES PVT. LTD, MALAKPET
Registered Office: 16-10-29, Nalgonda 'X' Roads, Malakpet,
Hyderabad, Telangana - 500 036
Corporate Identity Number (CIN): U45200TG1993PTC016175
email: malakpet@yashoda.in | www.yashodahospitals.com

FOR EMERGENCY/QUERIES
040 6723 2322 (24 HRS)

FOR APPOINTMENTS
040 4567 4567 (24 HRS)



**Investigations :**

**Treatment:**

Rx

① T. Lasilactone ½ tab
   alt day

② T. Prolomet XL 12.5 mg
                  AT 9.00 AM

③ T. Pentids 800 mg at 9.00 AM
   (or) Inj Penidure LA12 Mg once in 3wks
                        after T. Dose

④ T. Surbex × 7 once a day
                  AT 9.00 AM

⑤ D. Calford once a day
              at 2.00 PM

6 months x

[signature]

**Review Advice:**

Dr.Signature: _____

Date : _____   Time : _____



# YASHODA HOSPITALS

## DEPARTMENT OF CARDIOLOGY

| | | | | | |
|---|---|---|---|---|---|
| NAME | : **MRS. MOUNIKA REDDY S** | AGE | : 26 YEARS | SEX | : FEMALE |
| YH NO. | : 215656634 | IP NO. | : - | LOCATION | : OPD |
| REFERRED BY | : DR. SUDARSANA REDDY.G | DIAG NO. | : 6167045 | STUDY DATE | : 12/06/2019 |

### 2D ECHOCARDIOGRAM

MITRAL VALVE : Thickened leaflets, AML doming,
PML restrictive mobility.
MVA by PHT : 2.0cm2.
MVA by Planimetry: 2.1cm2.
Both commissures are opening well.

TRICUSPID VALVE : Normal.

AORTIC VALVE : Normal.

PULMONARY VALVE : Normal.

L.A. : 3.4x3.3x4.2cm(Dilated)

A.O. : 2.3cm

L.V. : LVEDD : 4.0cm        E F : 69%

        LVESD        : 2.4cm        F S : 34%

        LVPW        : 0.8cm

        **R W M A** : Nil

R.A        : Normal.

R.V        : Normal.

I V S        : 0.8cm.

I A S        : Intact.

IVC / SV / CS        : -

XEROX COPY ATTESTED

NOTARIAL

YASHODA HEALTH CARE PRIVATE SERVICES
Registered Office: 16-10-29, Nalgonda 'X' Roads, Malakpet,
Hyderabad, Telangana - 500 036
Corporate Identity Number (CIN): U45200TG1993PTC016175
email: malakpet@yashoda.in | www.yashodahospitals.com

FOR EMERGENCY/QUERIES
040 6723 2322 (24 HRS)

FOR APPOINTMENTS
040 4567 4567 (24 HRS)






# DEPARTMENT OF CARDIOLOGY

| NAME | : **MRS. MOUNIKA REDDY S** | AGE | : | 26 YEARS | SEX | : | FEMALE |

| YH NO. | 215656634 | IP NO. | : | - | LOCATION | : | OPD |

REFERRED BY : DR. SUDARSANA REDDY.G    DIAG NO. : 6167045    STUDY DATE : 12/06/2019

PERICARDIUM    : No Pericardial Effusion.

INTRACARDIAC MASSES  : Nil.

COLOUR DOPPLER    : No MR / AR, Trivial TR.

DOPPLER STUDY    : Pul.V.Max : 0.7mts/sec. PAT : 173millisec.
Aor.V.Max : 1.4mts/sec.
M V G : PG / MG: 10/5mmHg.

C O N C L U S I O N :  * Post PBMV status.

* Mild MS, Trivial TR.

* Dilated LA.

* No LV RWMA.

* Good LV / RV function.

* No LV Clot, No PE.

**DR. SUDARSANA G. REDDY**
**MD. DNB.**
**CHIEF CARDIOLOGIST**

**TECHNOLOGIST**

XEROX COPY ATTESTED

A. PRATAP REDDY
B.Com., L.L.B
ADVOCATE & NOTARY
Appointed by Govt. of India

NOTARY
ADVOCATE
Regd. No.
7744/09
R.R. Dist.

YASHODA SUPER SPECIALITY HOSPITAL
Registered Office: 16-10-29, Nalgonda 'X' Roads, Malakpet,
Hyderabad, Telangana - 500 036
Corporate Identity Number (CIN): U45200TG1993PTC016175
email: malakpet@yashoda.in | www.yashodahospitals.com



FOR EMERGENCY/QUERIES
040 6723 2322 (24 HRS)

FOR APPOINTMENTS
040 4567 4567 (24 HRS)





1

MRS. MOUNIKA REDDY S/228513

## DISCHARGE SUMMARY

| | | | |
|---|---|---|---|
| **Name** | : MRS. MOUNIKA REDDY S | **Date of Admission** | : 25/06/2018 |
| **IP.No** | : 228513 | | |
| **Age** | : 25 Year(s) Female | **Date of Discharge** | : 28/06/2018 |
| **Address** | : W/O MR.SANTOSH REDDY SAMA | **Type** | : Self Paying |

**Address** : W/O MR.SANTOSH REDDY SAMA
## 17-1-382/P/98, PRESS COLONY,
OPP: S N REDDY GARDENS, Saidabad
Hyderabad, Hyderabad TELANGANA
PHONE : 8187060823

**YH.No** : 215656634

**CHIEF CONSULTANT:** **Dr. Sudarsana Reddy.G** DOVD 9|7) |18
MD, D N B (Cardio)
Consultant & Chief Cardiologist Reg.No:6489
Email: sudarsana@yahoo.com
**Dr.Shabarinath.S**
MD, DNB (Cardio).
Email: Shabari136@gmail.com.
Associate cardiologist
Reg.No : 82795

**DIAGNOSIS:**

- CRHD

- SEVERE MS - NSR

- TRIVIAL MR, MILD TR, MODERATE PAH

- PBMV (26/06/2018)

**CHIEF COMPLAINT:** C/o Breathlessness. And chest pain radiating to back left leg pain.

**HISTORY OF PRESENT ILLNESS:** A 25 years old female patient presented with c/o breathlessness associated with chest pain (back side of scapula), left leg pain, was evaluated found to have CRHD – Severe MS , admitted for further evaluation and management.

**PAST HISTORY:** Nil significant

**PERSONAL HISTORY:** Nil significant

**FAMILY HISTORY:** Nil significant.
**Physical Examination:**
**General Examination:**
Temp: 98.6°F
PR: 82/min



YASHODA HEALTHCARE SERVICES PVT LTD, MALAKPET
Registered Office: 16-10-29, Nalgonda 'X' Roads, Malakpet,
Hyderabad, Telangana - 500 036
Corporate Identity Number (CIN): U45200TG1993PTC016175
email: malakpet@yashoda.in   www.yashodahospitals.com





FOR EMERGENCY/QUERIES
040 6723 2322 (24 HRS)  |  FOR APPOINTMENTS
040 4567 4567 (24 HRS)



2         MRS. MOUNIKA REDDY S/228513

BP: 110/80mm Hg
RR: 22/min
**Systemic Examination:**
RS: Bilateral air entry
CVS: S1+, S2+.MDM+
P/A: Soft, BS+
CNS: No focal neurological deficit

**Radiology Reports:**
26/06/2018
**PBMV REPORT**
Cath No: 28744

PBMV done through Right Femoral Approach. Pressure catheters: RFA-6F, RFV-7F

Commisurotomy with (ACCURA) Balloon. Balloon dilated up to: 24 mm

Height:163 Cms Weight: 54 Kgs.

No. PRE POST

1. Heart Rate 90 BPM 108 BPM

2. LA 39 mean mm Hg 26 mean mm Hg

3.AO 110/70 mm Hg 120/70 mm Hg

4. LV EDP 10mm Hg 20 mm Hg

MR + +

5. LA - LV ( Gradient) 30 mm Hg 6 mm Hg

COMPLICATIONS:Nil.

RESULT : Good.
28/06/2018
**2D ECHOCARDIOGRAM**

MITRAL VALVE : Thickened leaf lets, AML doming, PML restricted.
Both commissures split.
MVA by planimetry - 2.0 Sqcm.

TRICUSPID VALVE : Normal.

AORTIC VALVE : Normal.

PULMONARY VALVE : Normal.

L.A. : 4.0 cm (Mildly dilated)

A.O. : 2.6 cm

YASHODA HEALTHCARE SERVICES PVT. LTD, MALAKPET
Registered Office: 16-10-29, Nalgonda 'X' Roads, Malakpet,
Hyderabad, Telangana - 500 036
Corporate Identity Number (CIN): U45200TG1993PTC016175
email: malakpet@yashoda.in   www.yashodahospitals.com

FOR EMERGENCY/QUERIES   |   FOR APPOINTMENTS
040 6723 2322 (24 HRS)   |   040 4567 4567 (24 HRS)





**YASHODA HOSPITALS**

3 MRS. MOUNIKA REDDY S/228513

L.V. : LVEDD : 3.8 cm E F : 63 %

LVESD : 2.5 cm F S : 32 %

LVPW : 0.9 cm

R W M A : Nil

R.A : Normal.

R.V : Normal.

I V S : 0.9 cm.

I A S : Intact.

IVC / SV / CS : -

PERICARDIUM : No Pericardial Effusion.

INTRACARDIAC MASSES : Nil.

COLOUR DOPPLER : No MR / AR, Trivial TR.

DOPPLER STUDY : Pul.V.Max : 0.9 mts/sec. PAT : 141 millisec.
Aor.V.Max: 1.1 mts/sec.
MVG : PPG/ MPG : 9/5 mmHg.

Tissue Doppler Imaging :
Medial annulus : e'/a' : 6.3/ 8.9 cm/sec
'S' wave : 7.6 cm/sec

Lateral annulus : e'/a' : 9.4/ 6.3 cm/sec
'S' wave : 7.4 cm/sec

Tricuspid : Lateral annulus: e'/a' : 8.1/ 10.6 cm/sec
'S' wave : 9.2 cm/sec

C O N C L U S I O N : * CRHD.

* Post PBMV status.

* Valve opening well (MVA by planimetry 2.0 Sqcm).

* No LV RWMA.

* Good LV / RV function.

* Trivial TR, No Pulmonary hypertension.

* No LV Clot, No PE.

**PROCEDURE PERFORMED :**

**COURSE IN THE HOSPITAL :**

YASHODA HEALTHCARE SERVICES PVT LTD, MALAKPET
Registered Office: 16-10-29, Nalgonda 'X' Roads, Malakpet.
Hyderabad, Telangana - 500 036
Corporate Identity Number (CIN): U45200TG1993PTC016175
email: malakpet@yashoda.in   www.yashodahospitals.com

FOR EMERGENCY/QUERIES
040 6723 2322 (24 HRS)

FOR APPOINTMENTS
040 4567 4567 (24 HRS)





**YASHODA HOSPITALS**

4                    MRS. MOUNIKA REDDY S/228513

A 25 years old female admitted with CRHD , Severe MS. Necessary investigations done.Pretreated IV antibiotics, Patient underwent PBMV on 26/06/2018 through RFA/ RFV approach. Procedure and post procedure uneventful. Patient treated with antibiotics, beta blockers, anti pyretics , Diuretics and other supportive medications. Now patient is haemodynamically stable. Being discharged with following advised medications.

**RECOMMENDATIONS AT DISCHARGE:**

| S.NO | DESCRIPTION | DOSE | ROUTE | TIMINGS | DURATION | REMARKS |
|------|-------------|------|-------|---------|----------|---------|
| 1. | INJ.PENIDURE | 12LAKHS | IM | ONCE IN 3 WEEKS | NEXT DOSE ON 09/07/2018 | AFTER TEST DOSE |
| 2. | CAP.AMOXICILLIN | 500MG | ORAL | 6ᵗʰ HRLY | 3 DAYS | |
| 3. | TAB.LASILACTONE | ½ TAB | ORAL | 9AM. | CONTINUE TILL REVIEW | |
| 4. | TAB.PROLOMET-XL | 12.5MG | ORAL | 8AM. | CONTINUE TILL REVIEW | |
| 5. | TAB.LONAZEP | 0.25 MG | ORAL | 9PM. | 5 DAYS | |
| 6. | TAB.DOLO | 650MG | ORAL | SOS | | |

ADVISE:

Normal diet.

**CONDITION AT DISCHARGE :**STABLE.

REVIEW AFTER 10 DAYS IN OPD/SOS.

One free review consultation will be permitted with in 10 days of discharge from the hospital. For **Review visits** contact **040-4567 4567 (24hrs)** for prior appointments.

In case of shortness of breath, chest pain, retrosternal chest pain, sweating report to emergency room in ground floor of this Hospital (or) call Emergency room Telephone No. **040 67777888** (Ext-7122/7121) / 040 24557012 .

*Sha

XEROX COPY ATTESTED

**DMO/CONSULTANT**

A. PRATAP REDDY
ADVOCATE & NOTARY
Appointed by Govt. of India
Resi: Plot No.622, H.No.5-6-627/1,
Sri Krishna Devaraya Nagar, Vanasthalipuram,
R.R.Dist, Hyd-70, A.P

YASHODA HEALTHCARE SERVICES PVT. LTD, MALAKPET
Registered Office: 16-10-29, Nalgonda 'X' Roads, Malakpet,
Hyderabad, Telangana - 500 036
Corporate Identity Number (CIN): U45200TG1993PTC016175
email: malakpet@yashoda.in | www.yashodahospitals.com

FOR EMERGENCY QUERIES    FOR APPOINTMENTS
040 6723 2322 (24 HRS)  |  040 4567 4567 (24 HRS)



## YASHODA HOSPITALS

# DEPARTMENT OF CARDIOLOGY

| NAME | : **MRS. MOUNIKA REDDY S** | | AGE | : | 25 YEARS | SEX | : | FEMALE |
|------|------|------|------|------|------|------|------|------|
| YH NO. | : 215656634 | | IP NO. | : | 228513 | | | |
| REFERRED BY | : DR. SUDARSANA REDDY.G | DIAG NO. : 5052490 | | STUDY DATE | | : 26/06/2018 | | |

### PBMV REPORT

**Cath No: 28744**

**PBMV done through Right Femoral Approach. Pressure catheters: RFA-6F, RFV-7F**

**Commisurotomy with (ACCURA) Balloon. Balloon dilated up to: 24 mm**

**Height:163 Cms  Weight: 54 Kgs.**

| No. | PRE | POST |
|------|------|------|
| 1. Heart Rate | 90 BPM | 108 BPM |
| 2. LA | 39 mean mm Hg | 26 mean mm Hg |
| 3. AO | 110/70 mm Hg | 120/70 mm Hg |
| 4. LV EDP | 10mm Hg | 20 mm Hg |
| MR | + | + |
| 5. LA - LV ( Gradient) | 30 mm Hg | 6 mm Hg |

**COMPLICATIONS:Nil.**

**RESULT           : Good.**

Dr.Shabarinath S,                          Dr Sudarsana Reddy, MD, DNB
MD (Gen.Med), DNB (Cardiology)             Sr.Interventional Cardiolist
Interventional Cardioloist

XEROX COPY ATTESTED

NOTARIAL

A. PRATAP REDDY
ADVOCATE & NOTARY
Appointed by Govt. of India

YASHODA HEALTHCARE SERVICES PVT LTD, MALAKPET
Registered Office: 16-10-29, Nalgonda 'X' Roads, Malakpet,
Hyderabad, Telangana - 500 036
Corporate Identity Number (CIN): U45200TG1993PTC016175
email: malakpet@yashoda.in   www.yashodahospitals.com




FOR EMERGENCY/QUERIES
040 6723 2322 (24 HRS)

FOR APPOINTMENTS
040 4567 4567 (24 HRS)



**YASHODA HOSPITALS**

# DEPARTMENT OF CARDIOLOGY

| NAME | : **MRS. MOUNIKA REDDY S** | AGE : 25 YEARS | SEX : FEMALE |
|---|---|---|---|
| YH NO. : 215656634 | | IP NO. : - | LOCATION : OPD |
| REFERRED BY : DR. SUDARSANA REDDY.G | DIAG NO. : 5028162 | STUDY DATE | : 18/06/2018 |

## 2D ECHOCARDIOGRAM

MITRAL VALVE : Thickened leaf lets, AML doming, PML restricted. Pliable valve, MVA by planimetry 0.9 Sqcm.

TRICUSPID VALVE : Normal.

AORTIC VALVE : Normal.

PULMONARY VALVE : Normal.

L.A. : 4.2 x 4.2 x 4.4 cm (Mildly dilated)

A.O. : 2.3 cm

L.V. : LVEDD : 3.9 cm        E F : 65 %

LVESD : 2.4 cm        F S : 33 %

LVPW : 0.8 cm

**R W M A** : Nil

R.A : Normal.

R.V : Normal.

I V S : 0.8 cm.

I A S : Intact.

IVC / SV / CS : -

PERICARDIUM : No Pericardial Effusion.

INTRACARDIAC MASSES : Nil.



NOTARIAL

YASHODA   Registered Office: 16-10-29, Nalgonda X Roads, Malakpet, Hyderabad, Telangana - 500 036. Corporate Identity Number (CIN): U45200TG1993PTC016175 email: malakpet@yashoda.in   www.yashodahospitals.com

FOR EMERGENCY/QUERIES 040 6723 2322 (24 HRS)   FOR APPOINTMENTS 040 4567 4567 (24 HRS)



# DEPARTMENT OF CARDIOLOGY

| | | | | |
|---|---|---|---|---|
| NAME | : **MRS. MOUNIKA REDDY S** | AGE : 25 YEARS | SEX : FEMALE |
| YH NO. : 215656634 | | IP NO. : - | LOCATION : OPD |
| REFERRED BY : DR. SUDARSANA REDDY.G | DIAG NO. : 5028162 | STUDY DATE : 18/06/2018 |

COLOUR DOPPLER   : No MR / AR, 2/4 TR.

DOPPLER STUDY   : Pul.V.Max : 0.9 mts/sec. PAT : 151 millisec.
 Aor.V.Max: 1.4 mts/sec.
 MVG : PPG/ MPG : 26/15 mmHg
 TRJV : 3.1 mts/sec
 RVSP : 50 mm of Hg.

**C O N C L U S I O N :** * CRHD.

 * Severe MS, No MR.

 * Mildly dilated LA.

 * 2/4 TR, Moderate Pulmonary hypertension.

 * Good LV systolic function.

 * No LV Clot, No LA/ LAA clot.

 * No Pericardial effusion.

**DR.SUDARSANA G.REDDY**
**MD. DNB.**
**CHIEF CARDIOLOGIST**

**DR. MANORAMA**
**DEPT. OF CARDIOLOGY**





YASHODA HOSPITALS
Registered Office: 16-10-29, Nalgonda 'X' Roads, Malakpet,
Hyderabad, Telangana - 500 036
Corporate Identity Number (CIN): U45200TG1993PTC0161/s
email: malakpet@yashoda.in   www.yashodahospitals.com

FOR EMERGENCY/QUERIES
040 6723 2322 (24 HRS)

FOR APPOINTMENTS
040 4567 4567 (24 HRS)



# DEPARTMENT OF CARDIOLOGY

| NAME | : **MRS. MOUNIKA REDDY S** | | AGE | : | 25 YEARS | SEX | : | FEMALE |

| NAME | : **MRS. MOUNIKA REDDY S** | AGE : 25 YEARS  SEX : FEMALE |
|------|------|------|
| YH NO. | : 215656634 | IP NO. : 228513   LOCATION : 415 A |
| REFERRED BY : DR. SUDARSANA REDDY.G | DIAG NO. : 5058953 | STUDY DATE : 28/06/2018 |

## 2D ECHOCARDIOGRAM

**MITRAL VALVE**      : Thickened leaf lets, AML doming, PML restricted.
         Both commissures split.
         MVA by planimetry - 2.0 Sqcm.

**TRICUSPID VALVE**      : Normal.

**AORTIC VALVE**      : Normal.

**PULMONARY VALVE**      : Normal.

**L.A.**      : 4.0 cm (Mildly dilated)

**A.O.**      : 2.6 cm

**L.V.**      : LVEDD      : 3.8 cm      E F : 63 %

         LVESD      : 2.5 cm      F S : 32 %

         LVPW      : 0.9 cm

**R W M A** : Nil

**R.A**      : Normal.

**R.V**      : Normal.

**I V S**      : 0.9 cm.

**I A S**      : Intact.

**IVC / SV / CS**      : -

**PERICARDIUM**      : No Pericardial Effusion.

**INTRACARDIAC MASSES** : Nil.



NOTARIAL

YASHODA HEALTHCARE SERVICES PVT LTD, MALAKPET
Registered Office: 16-10-29, Nalgonda 'X' Roads, Malakpet,
Hyderabad, Telangana - 500 036
Corporate Identity Number (CIN): U45200TG1993PTC016175
email: malakpet@yashoda.in    www.yashodahospitals.com

FOR EMERGENCY/QUERIES
040 6723 2322 (24 HRS)

FOR APPOINTMENTS
040 4567 4567 (24 HRS)



# YASHODA HOSPITALS

## DEPARTMENT OF CARDIOLOGY

NAME : **MRS. MOUNIKA REDDY S**   AGE : 25 YEARS   SEX : FEMALE

YH NO. : 215656634   IP NO. : 228513   LOCATION : 415 A

REFERRED BY : DR. SUDARSANA REDDY.G   DIAG NO. : 5058953   STUDY DATE : 28/06/2018

COLOUR DOPPLER : No MR / AR, Trivial TR.

DOPPLER STUDY : Pul.V.Max : 0.9 mts/sec. PAT : 141 millisec.
Aor.V.Max : 1.1 mts/sec.
MVG : PPG/ MPG : 9/5 mmHg.

**Tissue Doppler Imaging :**
Medial annulus : e'/a' : 6.3/ 8.9 cm/sec
'S' wave : 7.6 cm/sec

Lateral annulus : e'/a' : 9.4/ 6.3 cm/sec
'S' wave : 7.4 cm/sec

Tricuspid : Lateral annulus : e'/a' : 8.1/ 10.6 cm/sec
'S' wave : 9.2 cm/sec

C O N C L U S I O N : * CRHD.

* Post PBMV status.

* Valve opening well (MVA by planimetry 2.0 Sqcm).

* No LV RWMA.

* Good LV / RV function.

* Trivial TR, No Pulmonary hypertension.

* No LV Clot, No PE.

XEROX COPY ATTESTED

A. PRATAP REDDY
ADVOCATE & NOTARY
Appointed by Govt. of India
Resi: Plot No.622, H.No.5-6-627/1,
Sri Krishna Devaraya Nagar, Vanasthalipuram,
Navathnagar(Mandal), R.R.Dist; Hyd-70, A.P

A. PRATAP REDDY
NOTARY
Appointed by Govt.
ADVOCATE
Regd. No.
7744/09
Hayathnagar(M), R.R.Dist.

**DR.SUDARSANA G.REDDY**
**MD. DNB.**
**CHIEF CARDIOLOGIST**

YASHODA HEALTHCARE SERVICES PVT LTD, MALAKPET
Registered Office : Behind Nagole Railway Station, Nagole, Malakpet
Hyderabad, Telangana - 500 036
Corporate Identity Number (CIN): U45200TG1993PTC016175
email: malakpet@yashoda.in   www.yashodahospitals.com

Report prepared on : 28/06/2018  11:37:36AM   Prepared By: DG12   Page 2 of 2

FOR EMERGENCY/QUERIES
040 6723 2322 (24 HRS) | FOR APPOINTMENTS
040 4567 4567 (24 HRS)