

తెలంగాణ तेलंगाना TELANGANA         M 173700

No. 12707 Date 04/7/19 Rs. 50/-
Sold to: S. Vijayalaxmi
S/o. D/o W/o: Late Janardhan Reddy Sama R/o Hyd
or Whom: Self

T. NARSIMULU
Licensed Stamp Vendor
Lic.No:15-14-009/2013, R.L.No:15-14-016-2019
H.No: 9-5-1, S.G.R. Colony, Champapet,
R.R. Dist-500 079. Cell: 9395384788

## AFFIDAVIT OF DECLARATION

I Mrs SAMA VIJAYALAXMI M/o Sama Santosh Reddy aged about 56 years, occupation: House wife, Resident of Home No:17-1-382/P/98, Press Colony, Opp S N Reddy Gardens, Saidabad, Hyderabad 500060, State of Telangana, India, do hereby solemnly affirm and state on oath as follows:

1) That I am the deponent herein and as such I am well acquainted with the facts of this affidavit.
2) I submit that I am MOTHER of Santosh Sama and I convey that I convey that I am suffering with health issues related to spine and uterus. Spine surgery with surgical method SPINE FIXATION RODS AND PLATES, ARTIFICIAL DISCS (S10.5.4) performed on 21 May 2011 at Yashoda Hospital, Malakpet, Hyderabad.
3) I submit that my son is married recently to Mounika Sama is also suffering from bitter experiences regarding health and Depressed for his present situation.
4) I submit that my son is only bread winner and source of my family as I am a homemaker who is completely dependent on him for my survival and medication.
5) I submit that my son never involved in any crime in India as of date.
6) Therefore I request the Honourable concerned authorities to show leniency and release him. Please accept this above declaration which is true and correct to the best of my knowledge and belief and nothing has been therein.

Hence this affidavit.

Sworn and signed before me
On this the    day of    2019
At Hyderabad.

ATTESTED
PASUPULETI VEDANTHAM
Advocate & Notary Reg. No. 8815
Appointed by Govt. of India
g.4-119, Pavanpuri Colony, Karmanghat
Saroor Nagar (M) R.R. Dist -70

DEPONENT.
8125576276



From: Vijayalaxmi Sama,
Government press colony,
Hyderabad, India.
June 29, 2019.

To: Honourable Judge Gershwin A. Drain
United States District Court
231 Lafayette Blvd
Detroit, MI 48226.

Subject: letter to the judge in connection with Santosh Sama sentencing.

Dear judge Drain,

Your honour I am Sama Vijayalaxmi mother of Santosh Sama of age 58 years Resident of Home No: 17-1-382/P/98 government press colony, Champapet, Saidabad, Hyderabad 500059. Bearing a passport number N1777522 addressing you to explain my pain and struggles for my son.

I am wife of late S. Janardhan Reddy who provided his services to the police department of state in India till his last breath.

I have 3 elder daughters and 1 younger son, Santosh is the youngest of all, unfortunately we lost his father at the early ages of children from then, I am a women with four kids, brought them up, providing education to them and getting them married by working in a small factory after, then I felt severe pain in lower backbone which led to diagnosis of L4 L5 grade II SPONDYLOLYSTHESIS later treated with the surgical method of spinal fixation rods and plates with artificial discs (s10.5.4) performed at Yashoda hospital with patient ID 13503410 on 21/05/2011 with inpatient no 79282 from then I am a patient instructed not to lifts weights and walk more. I was continuously under the medical supervision and physiotherapy.

My only son is our family hope for me and my daughter in law is too young to bear this and sustain with bitter experiences we undergoing with health as they are very recently married haven't been with each other for long time due to destiny.

Initially we used to earn our living by the pension provided by government as a small help from state government which was too less, made my son help me with his small hands at the young age made today a responsible son. As a mother I can strongly appreciate my son, he is a matured child of all, took responsibilities of his father, worked for part time after returning home from his college hours in the evening along with me to meet family needs, food, shelter to take care of his sisters.

Through he was younger he was the man of our house to take of all our responsibilities. But the current situation he is undergoing is purely unintentional and unfortunate.

ATTESTED
PASUPULETI VEDANTHAM
Advocate & Notary Reg No. 8815
Appointed by Govt. of India
1-4-119, Pavanpuri Colony, Karmanghat,
Nagar (M) P R Dist -70

8125576276

He is the best child with a good helping nature as he did all weddings of his sisters in the place of his dad and kindness as he is too kind to others, now which is making him to suffer by being kind to his friends.

He is always front on his foot to participate in social welfare activities form his childhood which are frequently organised by our living society association in our community. And he is an active participant to good events which causes peace and pleasant to others.

It is truly very hard to sustain this pain and life without my son for both myself and my daughter in law who is madly in love with him.

Enclosing my health reports and identity proofs in the following supporting documents, I sincerely request you concerned authorities to accept my request and save my son from this hard situation by lessening the time period as he had already experienced all the odds for the unknowing and unintentional mistake and release him soon.

Thank you,

Yours Faithfully,



SIGNATURE: S. విజయలక్ష్మి

NAME: Vijayalaxmi Sama.

CONTACT NUMBER: 8125576276.



ATTESTED
PASUPULETI VEDANTHAM
Advocate & Notary Reg No. 8815
Appointed by Govt. of India
8-4-119, Pavanpuri Colony, Karmanghat
Saroor Nagar (M) R.R Dist -70





**ATTESTED**
**PASUPULETI VEDANTHAM**
Advocate & Notary Reg No. 8815
Appointed by Govt. of India
8-4-119, Pavanpuri Colony, Karmanghat
Saroor Nagar (M) P R Dist -70

EMIGRATION CHECK REQUIRED

Name of Father / Legal Guardian: LACHIREDDY JITTA
Name of Mother: LAXMAMMA JITTA
Name of Spouse: JANARDHAN REDDY SAMA
Address: 17-1-382/P/98, OPP S N REDDY GARDEN, PRESS COLONY
SAIDABAD, HYDERABAD
PIN:500059, TELANGANA, INDIA

Old Passport No. with Date and Place of Issue:
HY1068711484515

File No. N1777522

MISCELLANEOUS SERVICE / OBSERVATION



ATTESTED
PASUPULETI VEDANTHAM
Advocate & Notary Reg. No. 8815
Appointed by Govt. of India
8-4-119, Pavanpuri Colony, Karimnaghar
Saroor Nagar (M), R.R. Dist -70

  

# Discharge Summary (డిశ్చార్జ్ విశ్లేషణ)

**Network Hospital ( Address and Telephone Number )**
నెట్ వర్క్, ఆస్పత్రి (చిరునామా మరియు టెలిఫోన్ సెం.)

**Name** పేరు : Yashoda Hospital (Malakpet)
**Address** చిరునామా : MALAKPET HYDERABAD
**TelephoneNo** టెలిఫోన్ సెం. : 0402555555

**Name and Telephone Number of Aarogyamithra at Network Hospital**
నెట్ వర్క్, ఆస్పత్రి ఆరోగ్యమిత్ర పేరు మరియు టెలిఫోన్ సెం

**Name** పేరు : AMRIN SUMIAYA
**Phone Number** టెలిఫోన్ సెం. : 9490165094

| Name and Residential Address of the Patient పేషెంట్ పేరు మరియు ఇంటి చిరునామా | Age వయస్సు | Sex స్త్రీ / పురుషుడు | Date of Admission అడ్మిట్ అయిన తేది 19/05/2011 |
|---|---|---|---|
| **Patient Id** పేషెంట్ ఐడి : 13503410<br>**Name** పేరు : sama vijaya laxmi<br>**Address** చిరునామా : 9-4-12/1 champapet | 44 | Female | Date of Surgery/Therapy శస్త్రచికిత్స/చికిత్స తేది 21/05/2011 |
| | | | Date of Discharge డిశ్చార్జ్ అయిన తేది 31/05/2011 |

**Claim Number** క్లయిమ్ సెం : ARGI/RRY/2011/P2R3/15141995
**IP Number** ఐపి సెం : 79282

**Health Card / White Ration Card /TAP Card No** హెల్త్ కార్డ్ / తెల్ల రేషన్ కార్డ్ సెం : WAP1585310B0222/01

**Name and TelePhone Number of PHC Aarogyamithra** పి హెచ్ సి ఆరోగ్యమిత్ర పేరు మరియు టెలిఫోన్ సెం

**Name** పేరు :
**TelePhone Number** టెలిఫోన్ సెం. :

**Surgeon Name** సర్జన్ పేరు : RAVI SUMAN REDDY

**Final Diagnosis** చివరి డయాగ్నసిస్ : L4-L5 GRADE I-II SPONDYLO LYSTHESIS

**Surgical Procedure / Therapy / Conservative Management**
సర్జికల్ విధానం / థెరపి / కన్జరేటివ్ మేనేజ్మెంట్ : Spinal Fixation Rods And Plates, Artificial Discs (S10.5.4 ),

**Status at the time of Discharge** డిశ్చార్జ్ అయ్యే సమయానికి స్టేటస్ : AT THE TIME OF DISCHARGE HER GENERAL IS STABLE

8125576276

Rajiv Aarogyasri Health Insurance Scheme

| Patient Name పేషెంట్ పేరు : sama vijaya laxmi | Signature / సంతకం : |
| --- | --- |
| Surgeon Name సర్జన్ పేరు : RAVI SUMAN REDDY | Signature / సంతకం : |
| Ramco Name : DR SRIDHAR | Signature / సంతకం : |
| Aarogyamithra Name ఆరోగ్యమిత్ర పేరు : AMRIN SUMIAYA | Signature / సంతకం : |

**Operative Findings** ఆపరేటివ్ ఫైండింగ్స్ :
NIL

**Clinical History** క్లినికల్ హిస్టరి :
LOW BACKACHE SINCE 4 YEARS

**On Examination** పరీక్షలలో :
BP 120/80, PULSE RATE 74/MIN

**Investigations** ఇన్వెస్టిగేషన్స్ :
MRI MAJOR SURGICAL PROFILE MRI

**Treatment Given** ఇచ్చిన ట్రీట్ మెన్ట్ :
L4-L5 FIXATION WITH RODS AND SCREWS WITH L4-L5 PLIF WAS DONE UNDER GA ON 21.05.2011

**Advise** సలహా :

https://www.aarogyasri.org/ASRI/FrontServlet?requestType=DischargeSummaryRequest... 5/31/2011

Advise సలహా :

TAB TAXIM - O 200MG TWICE DAILY FOR 5 DAYS, TAB RANTAC - 150 MG TWICE DAILY FOR 7 DAYS, TAB VOVERAN SR 100 MG TWICE DAILY FOR 7 DAYS, TAB PREGALIN 75 MG ONCE DAILY FOR 10 DAYS, TAB ENAM 2.5MG ONCE DAILY AT 8AM FOR HTN, TAB DIAMICRON-MR ONCE DAILY FOR DM, CAP BECOSULES 1 CAP ONCE DAILY FOR 10 DAYS, AVOID LIFTING WEIGHTS, BENDING, STOOPING AND LOW CHAIRS, REVIEW AFTER 1 WEEK FOR STAPLE REMOVAL

Review రివ్యూ :

REVIEW AFTER 1 WEEK FOR STAPLES REMOVAL

**Next FollowUp Date** తదుపరి ఆస్పత్రికి రావాల్సిన తేది :

07/06/2011

**Consult at Block Name :**
3

**Floor :**
2

**Room No :**
1

07/06/11
13:00 hrs

Dr. phani chakravarthy

Staples removed
No soakage
wound Healthy

Adv Tt
1) Tab. Neurovit-MC / —0— ②months
2) Tab. Oxyflam / —0— ②months
*3) Tab. Rozat-20mg / 0—0 ②cap
4) Tab. Acfer XT / —0— ②months
5) Review after ② months SOS

phani
7/6/11

21/6/11
11:50 hrs

Adv Tt
*1) Tab. TRD contin / 0—0
2) Tab. Rozat-20mg / 0—0 ②cap
3) Flambid Gel L/A twice Daily

phani
21/6/11

ATTESTED
PASUPULETI VEDANTHAM
Advocate & Notary Reg. No. 8815
Appointed by Govt. of India
8-4-119, Pavanpuri Colony, Karmanghat
Saroor Nagar (M), R.R Dist-70

సంజయలక్ష్మి
8125576276

https://www.aarogyasri.org/ASRI/FrontServlet?requestType=DischargeSummaryRequest... 5/31/2011





**ATTESTED**
**PASUPULETI VEDANTHAM**
Advocate & Notary Reg. No. 8815
Appointed by Govt. of India
8-4-119, Pavanpuri Colony, Karmanghat
Saroor Nagar (M), P R. Dist.-70



ATTESTED

**PASUPULETI VEDANTHAM**
Advocate & Notary Reg. No. 8815.
Appointed by Govt. of India
8-4-119, Pavanpuri Colony, Karmanghat
Saroor Nagar (M), R.R. Dist -70



# YASHODA HOSPITAL

| Patient Name | : VIJAYA LAXMI SAMA | Sex / Age | : F/045Y |
|---|---|---|---|
| YH No. | : 239092 | Diag. No. | : 2665046 |
| Ref. Phys. | : DR.RAVI SUMAN REDDY | Modality | : SC |
| Order Date/Time | : 09-05-2011/12:30:16 | IP Number | : 0 |
| Report Date/Time | : | Reg. Type | : O |

## DEPARTMENT OF RADIOLOGY
## M R I OF LUMBAR SPINE ( SCREENING )

**TECHNIQUE :**
T2 Sagittals & Axials

**FINDINGS :**

Lumbosacral transitional vertebra noted.

Grade I retrolisthesis of L5 vertebra over S1 vertebra.

Disc dessicatory changes at L2-L3 to L5-S1 level.

Schmorl's node seen at superior end plate of L3/L4 vertebra.

Marginal osteophytes seen at various levels.

Reduction in disc height at L4-L5 level.

Rest of the vertebral bodies show normal heights, marrow signal intensity.

Posterior elements are unremarkable.

Loss of posterior concavity of L3-L4 disc causing anterior thecal sac indentation with bilateral mild / moderate degree neural foraminal compromise.

Diffuse disc bulgs at L4-L5 level causing anterior thecal sac indentation with bilateral moderate degree neural foraminal compromise.

Diffuse disc bulge at L5-S1 level causing anterior thecal sac indentation with bilateral severe degree neural foraminal compromise.

Spinal canal compromise at L3-L4, L4-L5 & L5-S1 levels.

Facet joints are normal.

Conus & cauda show normal signal characteristics to the visualized extent.

Pre & paravertebral soft tissues are normal.



Nalgonda 'X' Roads, Malakpet, Hyderabad - 500 036. A.P.   Ph: 040 - 2455 5555   Fax : 040 - 2454 5690
e-mail : malakpet@yashodahospitals.com   website : www.yashodahospitals.com



# YASHODA HOSPITAL

| Patient Name | : VIJAYA LAXMI SAMA | Sex / Age | : F/045Y |
|---|---|---|---|
| YH No. | : 239092 | Diag. No. | : 2665046 |
| Ref. Phys. | : DR.RAVI SUMAN REDDY | Modality | : SC |
| Order Date/Time | : 09-05-2011/12:30:16 | IP Number | : 0 |
| Report Date/Time | : | Reg. Type | : O |

Spinal canal diameters :

MID BODY      DISC LEVELS

13.9mm (L1) -- 13.6mm (L1-2)

12.3mm (L2) -- 9.0mm (L2-3)

9.7mm (L3)  -- 8.0mm (L3-4)

10.0mm (L4) -- 8.7mm (L4-5)

7.4mm (L5)  -- 6.0mm (L5-S1)

For clinical correlation.

NOTE : Lumbosacral junctional vertebra may be transitional in significant number of cases. Therefore, vertebral levels must be correlated with plain radiographs / fluoroscopy prior to any intervention.

Dr.H Suvarna. DNB
Consultant Radiologist



Nalgonda 'X' Roads, Malakpet, Hyderabad - 500 036. A.P.   Ph: 040 - 2455 5555   Fax : 040 - 2454 5690
e-mail : malakpet@yashodahospitals.com    website : www.yashodahospitals.com

8125576276



# YASHODA HOSPITAL

| | | | |
|---|---|---|---|
| Patient Name | : VIJAYA LAXMI SAMA | Sex / Age | : F/045Y |
| YH No. | : 239092 | Diag. No. | : 2681079 |
| Ref. Phys. | : DR.RAVI SUMAN REDDY | Modality | : DX |
| Order Date/Time | : 18-05-2011/04:40:08 | IP Number | : 0 |
| Report Date/Time | : 18-05-2011 18:04:01 | Reg. Type | : O |

## DEPARTMENT OF RADIOLOGY

### X-RAY LUMBO SACRAL SPINE LATERAL VIEW

Spinal curvature well maintained.

Anterior displacement of L4 over L5 with discontinuity in pars articularis.

Vertebral bodies show normal height, alignment and density.

Reduction of L4-L5 IV disc space.

Posterior elements appear normal.

Soft tissue shadow appear normal.

**I M P R E S S I O N : Spondylolytic listhesis L4 over L5.**

For clinical correlation.

Dr.S Sandeep
**Consultant Radiologist**



Nalgonda 'X' Roads, Malakpet, Hyderabad - 500 036. A.P.   Ph: 040 - 2455 5555   Fax : 040 - 2454 5690
e-mail : malakpet@yashodahospitals.com   website : www.yashodahospitals.com

8125576276



| | |
|---|---|
| Patient Name : VIJAYA LAXMI SAMA | Sex / Age : F/049Y |
| YH No. : 239092 / Malakpet | Diag. No. : 2529225 |
| Ref. Phys. : DR.RAVI SUMAN REDDY | Modality : DX |
| Order Date/Time : 21-12-2015/14:38:22 | IP Number : 0 |
| Report Date/Time : 21-12-2015 15:45:04 | Reg. Type : O / / |

## DEPARTMENT OF RADIOLOGY

### X - RAY LUMBO SACRAL SPINE LATERAL VIEW

Internal fixing hardware in situ in L4, L5 vertebral bodies.

for neuroperusal.

Dr.D.K.Borad
Cons.Radiologist

Note : This is professional opinion only. Each investigation has its limitations. Final diagnosis needs correlation with clinical context and other investigations. Kindly discuss if necessary.
rad



8125576276

**Yashoda Healthcare Services Private Limited**
Registered Office: 16-10-29, Nalgonda 'X' Roads, Malakpet, Hyderabad-500 036. Telangana State.
Corporate Identity Number (CIN): U45200AP1993PTC016175
Unit: Nalgonda 'X' Roads, Malakpet, Hyderabad-500 082. Telangana State.
Phone: 040-2455 5555 Fax: 040-2455 6257
email: malakpet@yashoda.in | www.yashodahospitals.com



# YASHODA HOSPITALS

**Dr. VENUGOPAL G**
MBBS, M.Ch., (Neuro Surgery)
Consultant Neuro Surgeon
Reg No.48015
Mobile: 7989218706
Email: drgvenu@gmail.com

Token No : 17   Slot : 12:40

Remarks : SELF

Name : MRS. VIJAYA LAXMI SAMA    Age : 52 Year(s)   Gender : Female
YH No : 239092    Date : 30/6/2018 12:34    Ref By :
Consultation Fee: Rs. 550    Rec.No: DFV101754/18    City: Champapet

**Complaints with Duration:**

TVCg ① 4/5 listhesis
          2011

**Past History**

was well till 2015 — then had
pain — subsided c conservative
management (Adv surgery (or) injection)

**Allergies:**        **LMP (F):**

Now pain ↑ .. 10 days.

— (lifting wts / bending down)

**On Examination:** ☺ Paraspinal Muscle spasm ↑

Informant :

**Previous Investigations & Rx :**

**Nutritional Assessment ( DM/HTN/Other ) :**

FO4118



For Appointments Please Contact Our 24/7 Helpline Number 8121066677, 040-4567 4567
Valid for 2 more visits on or Before Date : 10/07/2018

YASHODA HEALTHCARE SERVICES PVT. LTD, MALAKPET
Registered Office: 16-10-29, Nalgonda 'X' Roads, Malakpet,
Hyderabad, Telangana - 500 036
Corporate Identity Number (CIN): U45200TG1993PTC016175
email: malakpet@yashoda.in | www.yashodahospitals.com

FOR EMERGENCY/QUERIES
040 6723 2322 (24 HRS)

FOR APPOINTMENTS
040 4567 4567 (24 HRS)
8125576276



**Provisional Diagnosis / Diagnosis**

L4/5 old listhesis c̄ Mechanical LBA

| Investigations : | Treatment : |
|---|---|
| | (Adv) |
| | ⊙ Cap. PALMIGES — x 1month |
| | ⊙ T. TOLIFAST-D — x 5d |
| | ⊙ Cap. Lyrica 75mg — x 1month |
| | ⊙ T. RECITA FORTE — x 1month |
| | Review : |
| | Dr.Signature _____ |
| | Date : 30/6/19   Time : _____ |