

भारतीय गैर न्यायिक

बीस रुपये रु.20

भारत

Rs.20

TWENTY RUPEES

INDIA

INDIA NON JUDICIAL

తెలంగాణ तेलंगाना TELANGANA

V No. 11581  Date 4/6/19  Rs. 20/-

Sold to: P. Bhanukiran  R/o Hyd

S/o. D/o. W/o. P. Balakrishna

or Whom.... Self

19AA 770706

T. NARSIMULU
Licensed Stamp Vendor
Lic.No:15-14-009/2013, R.L.No:15-14-016-2019
H.No: 9-5-1, S.G.R. Colony, Champapet,
R.R. Dist-500 079, Cell: 9395384788

## AFFIDAVIT OF DECLARATION

I Mr Bhanu Kiran Pasula  S/o Pasula Balakrishna, aged about 29 years, Occupation: Student, Resident of Home No : 17-1-386/1/21, Keshav Nagar Colony, Vaishali Nagar, Champapet, Hyderabad 500079, State of Telangana, India do hereby solemnly affirm and state on oath as follows:

1) That I am the deponent herein and I as such I am well acquainted with the facts of this affidavit.

2) I convey that I joined university of Farmington to secure my status as I lost my SEVIS from SVU (Silicon Valley University) due to this university lost its accreditation.

3) I submit that I joined university of Farmington myself WITHOUT Sama Santosh Reddy influence or pressure, based on my OWN interest I went to join university which is true and correct.

4) I submit that Mr Sama Santosh Reddy, had NEVER phoned me to join in University of Farmington.

Therefore I request the Honourable concerned authorities to show leniency and release him. Please accept this above declaration which is true and correct to the best of my knowledge and belief and nothing has been therein.

Hence this affidavit.

Sworn and signed before me
On this the 7 day of 2019
At Hyderabad.

ATTESTED
B. N. RAM B.Com, LL.B
ADVOCATE & NOTARY
Appointed by Govt. of Telangana India
H.No.8-5-283/62, Karmanghat
Saroornagar Ranga Reddy Dist

7569501293
(BHANUKIRAN PASULA)
Deponent.



From: Bhanukiran Pasula,
Champapet, Hyderabad.
June 29, 2019.

To: Honourable Judge Gershwin A. Drain,
United States District Court,
231 Lafayette Blvd,
Detroit, MI 48226.

Subject: letter to the judge in connection with Santosh Sama sentencing.

Dear judge Drain,

I am Bhanukiran Pasula S/O Pasula Balakrishna resident of Home No: 17-1-386/1/21, Keshav Nagar Colony, Vaishali Nagar, Champapet, and Hyderabad. Bearing a passport number J4287400 addressing you to explain what had happened about our admission in University of Farmington as I am also a student of that university.

I feel sorrow for Santosh Sama who is experiencing Detention for helping people who approached him themselves based on their own interest with consciousness and aware of all university norms including me to join the university.

I had a dream of pursuing masters in USA and do settle with a good job but lost my hope when I lost my SEVIS in silicon valley university due to this university lost its accreditation.

Later to full fill my dream I on my own interest joined University Of Farmington WITHOUT any FORCE or INFLUENCE of Santosh Sama. I strongly convey that Mr Santosh Sama NEVER campaigned and phoned me to join the university.

Thank you, for taking time to read the letter and I request you to consider my words at the time of sentencing and give him a chance and release him by considering his FUTURE and FAMILY.

I Vinesh pollishettyhereby depose my declaration in the form of affidavit attested by Notary public and also enclosing a copy of my passport.

Thank you,

Respectfully submitted,

ATTESTED
B. N. RAM B.Com, LL.B
ADVOCATE & NOTARY
Appointed by Govt. of Telangana India
H.No.8-5-283/62, Karmanghat
Saroornagar Renga Reddy Dist



BHANUKIRAN PASULA(7569501293)





SIGNITURE:

NAME: Bhanu kiran Pasula.

CONTACT NUMBER: 7569501293.

ATTESTED

B. N. RAM B.Com, LL.B
ADVOCATE & NOTARY
Appointed by Govt. of Telangana India
H.No.8-5-283/62, Karmanghat
Saroornagar Ranga Reddy Dist

भारत गणराज्य REPUBLIC OF INDIA



| | |
|---|---|
| प्रकार / Type | P |
| देश कोड / Country Code | IND |
| पासपोर्ट नं. / Passport No. | J 4287400 |
| उपनाम / Surname | PASULA |
| दिया गया नाम / Given Name(s) | BHANUKIRAN |
| राष्ट्रीयता / Nationality | INDIAN |
| लिंग / Sex | M |
| जन्मतिथि / Date of Birth | 29/06/1990 |
| जन्म स्थान / Place of Birth | HYDERABAD |
| जारी करने का स्थान / Place of Issue | HYDERABAD |
| जारी करने की तिथि / Date of Issue | 28/03/2011 |
| समाप्ति की तिथि / Date of Expiry | 27/03/2021 |

P<INDPASULA<<BHANUKIRAN<<<<<<<<<<<<<<<<<<<<<<
J4287400<8IND9006290M2103271<<<<<<<<<<<<<<<<2

#569601 23
(BHANUKIRAN PASULA)

पिता / कानूनी अभिभावक का नाम / Name of Father / Legal Guardian
**PASULA BALAKRISHNA**

माता का नाम / Name of Mother
**PASULA ANITHA**

पति या पत्नी का नाम / Name of Spouse

पता / Address
**HNO-17-1-386/1/21 KESHAVNAGAR**

**COLONY VAISHALI NAGAR POST SAGAR RD**

**CHAMPAPET HYDERABAD-500079 AP**

पुराने पासपोर्ट का नं. और इसके जारी होने की तिथि एवं स्थान / Old Passport No. with Date and Place of Issue
| 62087732 | 15/02/2007 | HYDERABAD |

फाईल नं. / File No.
**HYDF03618910   - OLD PPT CLD AND RETURNED**

XEROX COPY ATTESTED
B.N. RAM B.Com.,LL.B
ADVOCATE & NOTARY
Appointed By Govt. of Telangana India
H.No.8-5-283/62, Karmanghat,
Saroornagar, Ranga Reddy Dist

NOTARIAL



भारतीय गैर न्यायिक

बीस रुपये
रु.20

भारत

Rs.20

TWENTY
RUPEES

INDIA

**INDIA NON JUDICIAL**



తెలంగాణ  तेलंगाना  TELANGANA

Sl.No. 8664  Date 04/07/2019  Rs. 20/-

Sold to H. Abhishek Reddy

S/o H. Anji Reddy

For whom Self

Mayura 19AA 771560
B.M.MAYURA
LICENSED STAMP VENDOR
LICENSE No:15-14-037/2012
R.L.No. 15-14-039/2018
H.No.9-1-85, Suryanagar Colony,
CHAMPAPET, R.R. DIST-500059
Cell: 9246633870

**AFFIDAVIT OF DECLARATION**

I Mr. Hanumanth Abhishek Reddy S/O Hanumanth Anji Reddy aged about 31 years, Occupation: Student, Resident of Home No: 1-70, Konded Village, Jadcherla Mandal, Mahabubnagar 509408, State of Telangana, India do hereby solemnly affirm and state on oath as follows:

1) That I am the deponent herein and I as such I am well acquainted with the facts of this affidavit.

2) I convey that I joined university of Farmington to secure my status as I lost my SEVIS from NPU (North western polytechnic University) due to this university lost its accreditation.

3) I submit that I joined university of Farmington myself WITHOUT Sama Santosh Reddy influence or pressure, based on my OWN interest I went to join university which is true and correct.

4) I submit that Mr Sama Santosh Reddy, had NEVER phoned me to join in University of Farmington.

Therefore I request the Honourable concerned authorities to show leniency and release him. Please accept this above declaration which is true and correct to the best of my knowledge and belief and nothing has been therein.

Hence this affidavit.

Sworn and signed before me
On this the 9th day of July 2019
At Hyderabad.

ATTESTED
K. SRINIVASA RAO, B.A.,LL.B.
ADVOCATE & NOTARY
Appointed by Govt. of Telangana
1-5-1/A/104, Balaji Residency, New Maruthinagar East,
KOTHAPET, HYDERABAD-500 035, T.S., INDIA.

H. Reddy
817 9432505

Deponent.

hanumanth.abhi@
gmail.com



From: Abhishek Reddy,
Jadcherla, Mahabubnagar,
Hyderabad, India,
June 29, 2019.

To: Honourable Judge Gershwin A. Drain,
United States District Court,
231 Lafayette Blvd,
Detroit, MI  48226.

Subject: letter to the judge in connection with Santosh Sama sentencing.

Dear judge Drain,

I am Abhishek Reddy Hanumanth S/O Anji Reddy Hanumanth resident of Home No: 1-70 konded village, Jadcherla Mandal, Mahabubnagar, Bearing a passport number K1849092 addressing you to explain what had happened about our admission in University of Farmington as I am also a student of that university.

I feel sorrow for Santosh Sama who is experiencing Detention for helping people who approached him themselves based on their own interest with consciousness and aware of all university norms including me to join the university.

I had a dream of pursuing masters in USA and do settle with a good job but lost my hope when I lost my SEVIS in Silicon Valley University due to this university lost its accreditation.

Later to full fill my dream I on my own interest joined University Of Farmington WITHOUT any FORCE or INFLUENCE of Santosh Sama. I strongly convey that Mr Santosh Sama NEVER campaigned and phoned me to join the university.

Thank you, for taking time to read the letter and I request you to consider my words at the time of sentencing and give him a chance and release him by considering his FUTURE and FAMILY.

I Abhishek Reddy Hanumanth hereby depose my declaration in the form of affidavit attested by Notary public and also enclosing a copy of my passport.

Thank you,

Respectfully submitted,

ATTESTED
K. SRINIVASA RAO, B.A.,LL.B.
ADVOCATE & NOTARY
Appointed by Govt. of Telangana
1-5-1/A/104, Balaji Residency, New Maruthinagar East,
KOTHAPET, HYDERABAD-500 035, T.S., INDIA.

NOTARIAE

H. Abhi
817 943 2505
hanumanth.abhi@gmail.com



SIGNITURE: *H. Aclly*

NAME: Abhishek Reddy.

CONTACT NUMBER: 8179432505.

Email : hanumanth. abhi @gmail.com

ATTESTED
K. SRINIVASA RAO, B.A.,LL.B.
ADVOCATE & NOTARY
Appointed by Govt. of Telangana
1-5-1/A/104, Balaji Residency, New Maruthinagar East,
KOTHAPET, HYDERABAD-500 035, T.S., INDIA.





भारत गणराज्य REPUBLIC OF INDIA

XEROX COPY ATTESTED
K. SRINIVASA RAO, B.A.,LL.B.
ADVOCATE & NOTARY
Appointed by Govt. of Telangana
1-5-1/A/104, Balaji Residency, New Maruthinagar East,
KOTHAPET, HYDERABAD-500 035, T.S., INDIA



भारतीय गैर न्यायिक

बीस रुपये    भारत    Rs.20
रु.20    TWENTY
RUPEES
INDIA

INDIA NON JUDICIAL

తెలంగాణ तेलंगाना TELANGANA

B. LAXMI
2040 503426
LICENSED STAMP VENDOR
Lic.No.15-26-004/1989, Rl.No:15-26-005/201
H.No. D2/43, DAE Colony, Kushaiguda,
Nagra, Medchal-Malkajgiri Dist- 500 062.
Call: 7989892170.

Sl.No. 2446 Date: 4/6/19 Rs. 20
Sold to Rajesh Kumar Agarwal
S/o W/o D/o

### AFFIDAVIT OF DECLARATION

For Whom Mr. **PASUPULETI SAI NIKESH**, S/o. P. Vedantham, Aged about: 25 Years, Occupation: Student, Resident of H.No. 8-4-119, Pavanpuri Colony, Karmanghat Village, Saroornagar Mandal, Ranga Reddy District, Hyderabad – 500 079, State of Telangana, India, do hereby solemnly affirm and state on oath as follows:

1) That I am the deponent herein and as such I am well acquainted with the facts of this affidavit.
2) I convey that I joined University of Farmington to secure my status as I lost my sevis from NPU (Northwestern Polytechnic University) due to this university lost its accreditation.
3) I submit that I joined University of Farmington myself without **SAMA SANTOSH REDDY** influence or pressure based on my interest I went to join university which is true and correct.
4) I submit that Mr. **SAMA SANTOSH REDDY**, had never phoned me and asked to join in University of Farmington.

Therefore I request the Hon'ble concerned authorities please accept this above declaration which is true and correct to the best of my knowledge and belief, and nothing has been therein.

Hence this affidavit.

Sworn and signed before me
On this the 08th day of June, 2019
At Hyderabad.

ATTESTED 8/6/19
PASUPULETI VEDANTHAM
Advocate & Notary Reg. No. 8815
Appointed by Govt. of India
8-4-119, Pavanpuri Colony, Karmanghat
Saroor Nagar (M), P R. Dist -70

DEPONENT
9014387639
nikesh. sunnik h143@gmail.
com



From: Pasupuleti Sai Nikesh,
Pvanapuri colony,
Hyderabad, India,
June 29, 2019.

To: Honourable Judge Gershwin A. Drain,
United States District Court,
231 Lafayette Blvd,
Detroit, MI 48226.

Subject: letter to the judge in connection with Santosh Sama sentencing.

Dear judge Drain,

I am Pasupuleti Sai Nikesh S/O Pasupuleti Vedantham resident of Home No: 8-4-119 Pavanapuri colony karmanghat, Hyderabad 500079, bearing a passport number L7831078 addressing you to explain what had happened about our admission in University of Farmington as I am also a student of that university.

I feel sorrow for Santosh Sama who is experiencing probation because of his helping nature towards people who approached him themselves to join the university on their own interest with consciousness aware of all university norms.

I had a dream of pursuing masters in USA and do settle with a good job but lost my hope when I lost my SEVIS in Northwestern polytechnic university due to this university lost its accreditation.

Later to full fill my dream I on my own interest joined University Of Farmington WITHOUT any FORCE or INFLUENCE of Santosh Sama. I strongly convey that Mr Santosh Sama NEVER campaigned and phoned me to join the university.

Thank you, for taking time to read the letter and I request you to consider my words at the time of sentencing and give him a chance and release him by considering his FUTURE and FAMILY.

I Pasupuleti Sai Nikesh hereby depose my declaration in the form of affidavit attested by Notary public and also enclosing a copy of my passport.

Thank you,

Respectfully submitted,

ATTESTED

PASUPULETI VEDANTHAM
Advocate & Notary Reg No. 8815
Appointed by Govt. of India
8-4-119 Pavanpuri Colony, Karmanghat
Saroor Nagar (M), P R. Dist -70
9014882689

nikesh.sumukh1419@gmail.com



SIGNITURE:

NAME: Pasupuleti Sai Nikesh.

CONTACT NUMBER: 9014387639.

nikesh. sumukh 143@gmail.com



ATTESTED

PASUPULETI VEDANTHAM
Advocate & Notary Reg. No. 8815
Appointed by Govt. of India
8-4-119, Pavanpuri Colony, Karmanghat
Saroor Nagar (M) P.R. Dist.-70







ATTESTED
PASUPULETI VEDANTHAM
Advocate & Notary Reg. No. 8815
Appointed by Govt. of India
8-4-119, Pavanpuri Colony, Karmanghat
Saroor Nagar (M) P.R. Dist -70



भारतीय गैर न्यायिक

बीस रुपये   रु.20   Rs.20

रु.20   TWENTY RUPEES

भारत   INDIA

INDIA NON JUDICIAL

తెలంగాణ తెలంగాణ TELANGANA

LICENSED STAMP VENDOR
Lic. No. 15-26-004/1989, RL.No:15-26-005/2019
M.No. D2/43, DAE Colony, Kushaiguda,
Nagra, Medchal-Malkajgiri Dist- 500 082.
Cell: 7989892170.

Sl.No. 12404   Date 8/6/19   Rs. 20/-
Sold to: Rafem Ali Anjilee
S/o. W/o. D/o. P. Vinesh s/o. P. Srinivasulu.
For Whom:

**AFFIDAVIT OF DECLARATION**

I, Mr. **POLISETTY VINESH KUMAR**, S/o. P. Srinivasulu, Aged about: 30 Years, Occupation: Student, Resident of Plot No. 102, Sai Residency, Ramagiri, Nalgonda, Nalgonda District, State of Telangana, India, do hereby solemnly affirm and state on oath as follows:

1) That I am the deponent herein and as such I am well acquainted with the facts of this affidavit.

2) I convey that I joined University of Farmington to secure my status as I lost my sevis from SVU (Silicon Valley University) due to this university lost its accreditation.

3) I submit that I joined University of Farmington myself without **SAMA SANTOSH REDDY** influence or pressure based on my interest I went to join university which is true and correct.

4) I submit that Mr. **SAMA SANTOSH REDDY**, had never phoned me and asked to join in University of Farmington.

Therefore I request the Hon'ble concerned authorities please accept this above declaration which is true and correct to the best of my knowledge and belief, and nothing has been therein.

Hence this affidavit.

Sworn and signed before me
On this the 08th day of June, 2019
At Hyderabad.

ATTESTED 8/6/19
PASUPULETI. VEDANTHAM
Advocate & Notary Reg No. 8815
Appointed by Govt of India
8-4-119, Pavanpuri Colony, Karmanghat
Saroor Nagar (M), P R. Dist -70

P. Vinesh
+916 305.766867

DEPONENT
PVK594@GMAIL.COM



From: Vinesh pollishetty,
Hyderabad, India,
June 29, 2019.

To: Honourable Judge Gershwin A. Drain,
United States District Court,
231 Lafayette Blvd,
Detroit, MI  48226.

Subject: letter to the judge in connection with Santosh Sama sentencing.

Dear judge Drain,

I am Vinesh Kumar Polishetty S/O Polishetty srinivasulu resident of Home No: 3-4-283, vysya hostel, kachiguda cross roads, Hyderabad 500027. Bearing a passport number H7946380 addressing you to explain what had happened about our admission in University of Farmington as I am also a student of that university.

I feel sorrow for Santosh Sama who is experiencing Detention for helping people who approached him themselves based on their own interest with consciousness and aware of all university norms including me to join the university.

I had a dream of pursuing masters in USA and do settle with a good job but lost my hope when I lost my SEVIS in silicon valley university due to this university lost its accreditation.

Later to full fill my dream I on my own interest joined University Of Farmington WITHOUT any FORCE or INFLUENCE of Santosh Sama. I strongly convey that Mr Santosh Sama NEVER campaigned and phoned me to join the university.

Thank you, for taking time to read the letter and I request you to consider my words at the time of sentencing and give him a chance and release him by considering his FUTURE and FAMILY.

I Vinesh pollishetty hereby depose my declaration in the form of affidavit attested by Notary public and also enclosing a copy of my passport.

Thank you,

Respectfully submitted,

ATTESTED

PASUPULETI VEDANTHAM
Advocate & Notary Reg. No. 8815
Appointed by Govt. of India
8-4-119, Pavanpuri Colony, Karmanghat
Saroor Nagar (M), P R. Dist -70

P. Vinesh
+916305766867
PVK394@gmail.com



SIGNITURE: *P. Vinesh*

NAME: Vinesh Pollishetty.

CONTACT NUMBER: 9346298510. *| 6305766867*

*PVK394@gmail.com*



ATTESTED

PASUPULETI VEDANTHAM
Advocate & Notary Reg. No. 8815
Appointed by Govt. of India
8-4-119, Pavanpuri Colony, Karmanghat
Saroor Nagar (M), R.R. Dist...





P.Vnesh
6305766867
PVR394@gmail
.com

ATTESTED
PASUPULETI VEDANTHAM
Advocate & Notary Reg. No. 8815
Appointed by Govt. of India
8-4-119, Pavanpuri Colony, Karmanghat
Saroor Nagar (M) P.R. Dist.-70



भारतीय गैर न्यायिक

बीस रुपये    Rs.20

रू.20    TWENTY RUPEES

INDIA

INDIA NON JUDICIAL

తెలంగాణ తెలంगాన TELANGANA

Sl. No.8665 Date 04/07/2019 Rs. 20/-
Sold to ... A. Subhash
S/o ... A. Dharmaiah
For whom ... Self

19AA 771561
B.M.MAYURA
LICENSED STAMP VENDOR
LICENSE No.16-14-037/2012
R.L.No. 15-14-039/2013
H.No.9-1-65, Suryanagar Colony,
CHAMPAPET, R.R. DIST-500059
Cell: 9248588870

### AFFIDAVIT OF DECLARATION

I Mr. Giri Subhash S/o Giri Dharmaiah aged about 31 years, Occupation : Student, Resident of Home No:7-2-31/194,S V Colony, Bairmalguda, LB Nagar, Hyderabad 500079, State of Telangana, India do hereby solemnly affirm and state on oath as follows:

1) That I am the deponent herein and I as such I am well acquainted with the facts of his affidavit.

2) I convey that I joined university of Farmington to secure my status as I lost my SEVIS from SVU (Silicon Valley University) due to this university lost its accreditation.

3) I submit that I joined university of Farmington myself WITHOUT Sama Santosh Reddy influence or pressure, based on my OWN interest I went to join university which is true and correct.

4) I submit that Mr Sama Santosh Reddy, had NEVER phoned me to join in University of Farmington.
Therefore I request the Honourable concerned authorities to show leniency and release him. Please accept this above declaration which is true and correct to the best of my knowledge and belief and nothing has been therein.

Hence this affidavit.

Sworn and signed before me
On this the 7th day of 2019 July
At Hyderabad.

ATTESTED
K. SRINIVASA RAO, B.A.,LL.B.
ADVOCATE & NOTARY
Appointed by Govt. of Telangana
1-5-1/A/104, Balaji Residency, New Maruthinagar East,
KOTHAPET, HYDERABAD-500 035, T.S., INDIA.

Sd/-
9912606245
(SUBHASH GIRI)

Deponent.
Subhashgoud@gmail.com



From: Giri Subhash,
Bairmalguda, Hyderabad.
June 29, 2019.

To: Honourable Judge Gershwin A. Drain,
United States District Court,
231 Lafayette Blvd,
Detroit, MI 48226.

Subject: Letter to the judge in connection with Santosh Sama sentencing.

Dear judge Drain,

I am Giri Subhash S/o Giri Dharmaiah Resident of Home No: 7-2-31/194, S V Colony, Bairmalguda, LB Nagar, Hyderabad 500079. Bearing a passport number H7279741 addressing you to explain what had happened about our admission in University of Farmington as I am also a student of that university.

I feel sorrow for Santosh Sama who is experiencing Detention for helping people who approached him themselves based on their own interest with consciousness and aware of all university norms including me to join the university.

I had a dream of pursuing masters in USA and do settle with a good job but lost my hope when I lost my SEVIS in silicon valley university due to this university lost its accreditation.

Later to full fill my dream I on my own interest joined University Of Farmington WITHOUT any FORCE or INFLUENCE of Santosh Sama. I strongly convey that Mr Santosh Sama NEVER campaigned and phoned me to join the university.

Thank you, for taking time to read the letter and I request you to consider my words at the time of sentencing and give him a chance and release him by considering his FUTURE and FAMILY.

I Giri Subhash hereby depose my declaration in the form of affidavit attested by Notary public and also enclosing a copy of my passport.

Thank you,

Respectfully submitted,

SIGNITURE:
NAME: Giri Subhash,
CONTACT NUMBER: 9912606245.

Giri subhash gad @gmail.com

ATTESTED
K. SRINIVASA RAO, B.A.,LL.B.,
ADVOCATE & NOTARY
Appointed by Govt. of Telangana
1-5-1/A/104, Balaji Residency, New Maruthinagar East,
KOTHAPET, HYDERABAD-500 035, T.S., INDIA.

(SUBHASH GIRI)

 శ్రీ/Sri Subhash Goud@gmail.com

**REGISTRATION**

INDIAN CITIZENS RESIDENT ABROAD ARE ADVISED TO REGISTER THEMSELVES AT THE NEAREST INDIAN MISSION/POST.

**CAUTION**

THIS PASSPORT IS THE PROPERTY OF THE GOVERNMENT OF INDIA. ANY COMMUNICATION RECEIVED BY THE HOLDER FROM A PASSPORT AUTHORITY REGARDING THIS PASSPORT, INCLUDING DEMAND FOR ITS SURRENDER, SHOULD BE COMPLIED WITH IMMEDIATELY.

THIS PASSPORT SHOULD NOT BE SENT OUT OF ANY COUNTRY BY POST. THIS SHOULD BE IN THE CUSTODY EITHER OF THE HOLDER OR OF A PERSON AUTHORISED BY THE HOLDER. IT MUST NOT BE ALTERED OR MUTILATED IN ANY WAY.

LOSS, THEFT OR DESTRUCTION OF THIS PASSPORT SHOULD BE IMMEDIATELY REPORTED TO THE NEAREST PASSPORT AUTHORITY IN INDIA OR IF THE HOLDER IS ABROAD, TO THE NEAREST INDIAN MISSION/POST AND TO THE LOCAL POLICE. ONLY AFTER EXHAUSTIVE ENQUIRIES SHALL A DUPLICATE PASSPORT BE ISSUED.

Name of Father / Legal Guardian
GIRI DHARMAIAH

Name of Mother
GIRI PADMA

Address
H NO 7-2-31/194, S V COLONY,
BAIRAMALGUDA, L B NAGAR,
HYDERABAD – 500079.

File No.
HYDHO1207609

भारत गणराज्य REPUBLIC OF INDIA



THESE ARE TO REQUEST AND REQUIRE IN THE NAME OF THE PRESIDENT OF THE REPUBLIC OF INDIA ALL THOSE WHOM IT MAY CONCERN TO ALLOW THE BEARER TO PASS FREELY WITHOUT LET OR HINDRANCE AND TO AFFORD HIM OR HER, EVERY ASSISTANCE AND PROTECTION OF WHICH HE OR SHE MAY STAND IN NEED.

BY ORDER OF THE PRESIDENT OF THE REPUBLIC OF INDIA

Md. MAHABOOB ALI
सहायक/Assistant
For Passport Officer
हैदराबाद/Hyderabad.

P<IND GIRI<<SUBHASH<<<<<<<<<<<<<<<<<<
H7279741<6IND8805108M2002020<<<<<<<<<0

भारत गणराज्य REPUBLIC OF INDIA

Type
P

Country Code
IND

Passport No.
H7279741

Surname
GIRI

Given Name(s)
SUBHASH

Nationality
INDIAN

Sex
M

Date of Birth
10/05/1988

Place of Birth
HYDERABAD

Place of Issue
HYDERABAD

Date of Issue
03/02/2010

Date of Expiry
02/02/2020

HYDERABAD DIST ANDHRA



XEROX COPY ATTESTED
K. SRINIVASA RAO, B.A.LL.B
ADVOCATE & NOTARY
Appointed by Govt. of Telangana
1-5-1/A/104, Balaji Residency, New Maruthinagar East,
KOTHAPET, HYDERABAD-500 035, T.S., INDIA.



భారతీయ గైర్ న్యాయిక

बीस रुपये    Rs.20

రూ.20    TWENTY RUPEES

INDIA NON JUDICIAL

తెలంగాణ तेलंगाना TELANGANA

26AA 272077

No. 12708 Date 04/7.19 Rs. 20/-
Sold to: G. Santosh Kumar
S/o. D/o. W/o: G. Narsimha Rao    Revenue
or Whom: ...... Self

T. NARSIMULU
Licensed Stamp Vendor
Lic.No:15-14-009/2013,R.L.No:15-14-016-2019
H.No: 9-5-1, S.G.R. Colony, Champapet,
R.R. Dist-500 079. Cell: 9395384788

## AFFIDAVIT OF DECLARATION

I Mr G Santosh Kumar S/o G Narsimha Rao aged about years, Occupation : Student, Resident of Home No:17-1-382/9/102,Government Press Colony, Champapet, Saidabad 500079, State of Telangana, India do hereby solemnly affirm and state on oath as follows:

1) That I am the deponent herein and I as such I am well acquainted with the facts of this affidavit.
2) I submit that Santosh Sama has been a peer of mine since my childhood and classmate for few years in higher education.
3) I convey that it is sorrow to see the light that people are putting him in now which I could not believe knowing him personally about his honesty, loyalty and trust worthy nature towards the society.
4) I submit Santosh Sama is the only source and strength of the family as his wife and mother are home makers who are completely dependent on him for their livelihood and medication.
5) I submit that Santosh Reddy Sama was NEVER involved in any crime in India as of date.

Therefore I request the Honourable concerned authorities to show leniency and release him. Please accept this above declaration which is true and correct to the best of my knowledge and belief and nothing has been therein.

Hence this affidavit.

Sworn and signed before me
On this the   day of 2019
At Hyderabad.

ATTESTED
K. SRINIVASA RAO, B.A.,LL.B.
ADVOCATE & NOTARY
Appointed by Govt. of Telangana
1-5-1/A/104, Balaji Residency, New Maruthinagar East,
KOTHAPET, HYDERABAD-500 035, T.S., INDIA.

9966812565
(G. Santosh Kumar)
Deponent.
ghantsi.santoshkumar220@gmail.com





From: Santhosh,
Government press colony,
Hyderabad, India,
June 29, 2019.

To: HonourableJudge Gershwin A. Drain,
United States District Court,
231 Lafayette Blvd,
Detroit, MI  48226.

Subject: letter to the judge in connection with Santosh Sama sentencing.

Dear judge Drain,

I am G Santhosh Kumar S/0 G Narsimha Rao Resident of Home No: 17-1-382/P/102
government press colony, Champapet, Saidabad, Hyderabad 500059. Bearing an Aadhar
number 3276 8693 9659. Writing you to explain my acquaintance with Santosh Sama and
his family in the hopes that will help you to see what kind of person Santosh is, despite the
transgressions that led us all at this point.
My relation to Santosh as a best friend and his family formed since my childhood as we used
to live in the same community behind their house located at government press colony
Hyderabad I have known Santosh Sama a good friend and neighbour for over 28 years. I was
both troubled and surprised to hear about his recent case as he has always been a rather
solid person I understand the seriousness of this matter however, hope the court will show
as one factor in your fair decision at the time of sentencing to some leniency.

Santosh has always been an upright character in the community. In our friendship he has
really been there for me, especially when the company I worked for closed. He made it a
point to be there and show a significant amount of support during a sudden and arduous job
search. It was Santosh that was a source of camaraderie for both me and my family. He has
truly been a good friend over the years.

In addition to our friendship, he is a usually upstanding member in the neighbourhood.
Santosh has been a peer of mine since my elementary school, and were classmates for few
years in higher education. In those years, he was always respectful of everyone
teachers,classmates,friendsand girls all alike. He is one of those people that no one has a
problem with, and is pretty much good at everything. we   all know he'd be a good family
man for the care and affection towards family he has.as he is the only strength to them after
losing their father at the early ages,  and in deep love with  wife too as she also loves him to
the core. His family is a very respectable family in town. I know all his sisters who are elder
to him, as I also treat them as my sisters. They all seem like such good kids brought up by
more difficulties made them grounded.

It's pretty frustrating to see the light that people are putting him in now. Which we couldn't
believe knowing him personally and professionally about his honesty and loyalty.Santosh
has always been there for me and my family willing to lend a hand with everything from
fixing a transport to studying for tests. I honestly don't think I would have gotten through

ATTESTED
K. SRINIVASA RAO, B.A.,LL.B.
ADVOCATE & NOTARY
Appointed by Govt. of Telangana
1-5-1/A/104, Balaji Residency, New Maruthinagar East,
KOTHAPET, HYDERABAD-500 035, T.S., INDIA.

99 66 81 25 65

intermediate education without him. He was always available for every help he could do, to all needed and believes in values like individuality and freedom. While it is unfortunate that he has made some bad decisions unknowingly by trusting people deeply assuming everyone are kind and open hearted same like him, thus resulting in this case.

I can tell you without doubt that Santosh Sama is incredibly remorseful for what had happened unintentionally, had expressed this to me many times and he is really upset and has been under tremendous stress to his wife and mother treatment and was struggling to take care of them. I believe it has been reflected in Santosh's efforts to make amends to the court.

Thanking you for taking time to read my letter. It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite this case understand that Santosh is the kind of person about whom people love him more for his trustworthy and kind hearted nature, and I hope that you will give an opportunity for a chance to Santosh while you make a fair decision.
Thank you,

Yours Faithfully,



G. SANTOSH KUMAR

SIGNATURE:

NAME: G Santhosh Kumar.

CONTACT NUMBER: 9966812565.

ghanta.santoshkumar220@gmail.com

ATTESTED
K. SRINIVASA RAO, B.A.,LL.B.
ADVOCATE & NOTARY
Appointed by Govt. of Telangana
1-5-1/A/104, Balaji Residency, New Maruthinagar East,
KOTHAPET, HYDERABAD-500 035, T.S., INDIA.




సమోదు సంఖ్య / Enrollment No. : 1093/20241/04296

19/10/2011

To
**G Santhosh Kumar**
జి సంతోష్ కుమార్
S/O G Narsimha Rao
17-1-382/p/102
govt press colony
champa pet
Saidabad
Saidabad,Hyderabad
Andhra Pradesh - 500059

UF310118802IN
31011880



మీ ఆధార్ సంఖ్య / **Your Aadhaar No. :**

# 3276 8693 9659

ఆధార్ – సామాన్యుని హక్కు



✂



జి సంతోష్ కుమార్
**G Santhosh Kumar**

పుట్టిన సంవత్సరం/ Year of Birth: 1990
పురుషుడు / Male

**3276 8693 9659**



ఆధార్ – సామాన్యుని హక్కు

X COPY ATTESTED
RINIVASA RAO, B.A.,LL.B.
ADVOCATE & NOTARY
Appointed by Govt. of Telangana
1-5-1/A/104, Balaji Residency, New Maruthinagar East.
KOTHAPET, HYDERABAD-500 035, T.S., INDIA



G. SANTOSH kUMAR
9966812565
ghansto: Santosh kumar9200@
gmail.com

# GOVERNMENT PRESS COLONY
# RESIDENTS WELFARE ASSOCIATION

### (Regd. No. 5765/93)

**H.No. 17-1-382/P/132, I.S. Sadan, Champapet, Sagar Road, Hyderabad - 500 079., Telangana.**

**ADVISOR :**

**S. MAHENDER REDDY**
*Cell : 9866105992*

From: S.Mahender Reddy,
Champapet, Hyderabad, India,

June 29, 2019.

To: Honourable Judge Gershwin A. Drain,
United States District Court,
231 Lafayette Blvd,
Detroit, MI 48226.

Subject: letter to the judge in connection with Santosh Sama sentencing.

Dear judge Drain,

My name is Sama Mahender Reddy S/O Sama Kishta Reddy resident of Home No: 17-1382/P/17 Government Press Colony bearing an Aadhar number 5166 8760 8357. I know Santosh Sama over 29 years from the day he was born. I have been a long relative, family friend and neighbour to his father, family and him at press colony Hyderabad since 46 years. I am aware of his current situation and I assure you it is out of character for him. I am also aware of his family history with his father's passing at young age and his recent marriage and her health issues that cannot be dealt with until he returns home to India

He takes care of the family since after his father passing away from the young age he struggled a lot, supported to his mother with his working for part time in the evenings after his college hours and took the responsibilities of family of his mother and her health, he took care of his three sisters brought up, providing them education helped them to do settle and getting them married to valuable families, which made him a responsible and capable person at the young age itself.

Santosh and I would spend quality time together as he was the child grown up in front of our eyes with all our love ,he was always being available to everyone by participating in all events happens in welfare association.

We would see each other at every event in the colony, social activities and family too. Irrespective of the people he always gives a hand to help others to which he is remembered for his kindness and helping nature to bring all our family and friends together for happiness.

...2....

# GOVERNMENT PRESS COLONY
# RESIDENTS WELFARE ASSOCIATION

### (Regd. No. 5765/93)

**H.No. 17-1-382/P/132, I.S. Sadan, Champapet, Sagar Road, Hyderabad - 500 079., Telangana.**

**ADVISOR :**

**S. MAHENDER REDDY**
Cell : 9866105992

:: 2 ::

I strongly remember an incident a day in the locality one of our friends of colony, of my age was suffering from a severe disease of kidney to which their family cannot afford to meet even medical expenses, understanding their pain as they also experienced bitter times, Santosh helped them with a month salary of he worked for part time to meet his expenses and support his mother. That family was very thankful to Santosh and us for the help we initiated. There are many such incidents in which Santosh stood to helped others.

He has embraced religion and family in the hopes of starting his own family soon. Santosh is like a son to me along with my two sons for the affection and values he has to the relations and people. He took care of my wife and children as mother and brothers by taking them to hospital as my small son was severely suffering from viral fever when I am out of station on my business work, he was been completely available to them for the help, providing facilities near hospital to which I, my wife and sons are very thankful to his helping nature.

I strongly believe that the current situation Santosh undergoing is truly unfortunate happened unknowingly without his intention for which he lost all his character, family life, time, respect he earned from childhood in our motherland.

Thank you for taking time to read my letter. Sir I sincerely request you to consider my words and save his career and life of a girl who is in lot of problems to her survival here without her husband and earn her living which is too hard to her now suddenly as she was completely dependent on him, and he is too young to see life and learn a lot to do settle his life to take care of his wife and mother as he is the only source of his family.

I fully believe that the positive attitude Santosh brings to family and everywhere is directly related to being a great son, husband, brother and friend is exhibitive every day in how he conducts himself.

Thank you,
Yours sincerely,

ATTESTED
**B. N. RAM** B.Com, LL.B
ADVOCATE & NOTARY
Appointed by Govt. of Telangana India
H.No.8-5-283/62, Karmanghat
Swroornager Ranga Reddy Dist

SIGNATURE:
NAME: S Mahender Reddy.
CONTACT NUMBER: 9866105992.





AADHAAR

భారత ప్రభుత్వం

Government of India

## INFORMATION

■ Aadhaar is proof of identity, not of citizenship.

■ To establish identity, authenticate online.

■ Aadhaar is valid throughout the country.

■ Aadhaar will be helpful in availing Government and Non-Government services in future.

UNIQUE IDENTIFICATION AUTHORITY OF INDIA

Address: S/O, Sama Kishta Reddy, 17-1382/2/17, GOVT PReSS COLONY, sama narasimha reddy gardens, SAIDABAD, A.imaguda, Vaishalinagar, K.V. Rangareddy, Secunderabad, Andhra Pradesh, 500079

1947
1800 180 1847
help@uidai.gov.in
www.uidai.gov.in





*Sama Mahender Reddy*
9866105992





XEROX COPY ATTESTED
B.N.RAM B.Com.,LL.B
ADVOCATE & NOTARY
Appointed By Govt. of Telangana India
No.8-5-283/62, Karmanghat
Saroornagar, Ranga Reddy Dist




22/01/2013

To
Sama Mahender Reddy
సామ మహేందర్ రెడ్డి
S/O, Sama Kishta Reddy
17-1382/2/17
GOVT PReSS COLONY
sama narasimha reddy gardens
SAIDABAD
Ameerpuda
Vaishalinagar,K.V.Rangareddy
Andhra Pradesh - 500079
9866105992

1205428730F
XL1205428730F

భారత విశిష్ట గుర్తింపు ప్రాధికార సంస్థ
Unique Identification Authority of India
Government of India



మీ ఆధార్ సంఖ్య / Your Aadhaar No. :

# 5166 8760 8357

ఆధార్ – సామాన్యుని హక్కు

నమోదు సంఖ్య / Enrolment No. : 1190/62043/04693





సామ మహేందర్ రెడ్డి
Sama Mahender Reddy
పుట్టిన సంవత్సరం/Year of Birth: 1966
పురుషుడు / Male

GOVERNMENT OF INDIA

# 5166 8760 8357

ఆధార్ – సామాన్యుని హక్కు



# GOVERNMENT PRESS COLONY
# RESIDENTS WELFARE ASSOCIATION

**(Regd. No. 5765/93)**

H.No. 17-1-382/P/132, I.S. Sadan, Champapet, Sagar Road, Hyderabad - 500 079., Telangana.

*TREASURER :*

**P. VIJAY KUMAR**

Cell : 9866871739

From: P Vijay Kumar,
Government press colony,
Hyderabad, India,

June 29, 2019.

To: Honourable Judge Gershwin A. Drain,
United States District Court,
231 Lafayette Blvd,
Detroit, MI 48226.

Subject: letter to the judge in connection with Santosh Sama sentencing.

Dear Judge Drain,

I am P.Vijay Kumar S/O Chittaraiah a retired employee of Geological Survey of India and resident of home number 17-1-382/P/119 Government Press Colony Champapet, Saidabad, Hyderabad 500059. Acting as the Treasurer to Government Press Colony Residents Welfare Association located in Champapet Hyderabad. I and colony association members are in deep shock after the news heard about Santosh Sama and his present situation he is experiencing is unimaginable which is out of his character.

I have had the pleasure of knowing Santosh Reddy Sama for twenty nine years and his family since forty five years. During these years of acquaintance, I have known Santosh in many capacities.

Santosh father Mr late Janardhan Reddy Sama is a good friend of mine who served for state in department of police in Telangana now then Andhra Pradesh but lost him at early age in the year 1996 from then his family faced many difficulties to survive. They used to live with the little pension help provided by government and Earnings of Santosh part-time work from young age in evenings after college hours to meet their expenses and necessaries of family of mother and 3 sisters as he is the only man source of the family which made him respected and responsible person at very young age.

He used to take care of his mother and sisters by providing them education and helping them to settle in better positions in the society and in getting them married.



ATTESTED

**B. N. RAM** B.Com, LL.B
ADVOCATE & NOTARY
Appointed by Govt. of Telangana India
H.No.8-5-283/62, Karmanghat
Saroornagar Ranga Reddy Dist



....2..

# GOVERNMENT PRESS COLONY
# RESIDENTS WELFARE ASSOCIATION

**(Regd. No. 5765/93)**

H.No. 17-1-382/P/132, I.S. Sadan, Champapet, Sagar Road, Hyderabad - 500 079., Telangana.

**TREASURER :**

**P. VIJAY KUMAR**

*Cell : 9866871729*

:: 2 ::

Sama Santosh used to participate in various social welfare activities conducted by our colony by organising blood donation camps, planting trees in the name of Haritha Haram, serving orphan and old age homes and conducted many education programs to provide awareness on personality development and importance of education to poor students which helps them to be in right path.

He was active participant in organising health camps like eye check-ups diabetics check-ups, text book distribution for students by the colony association and front on his feet to help elders.

He also used to spread the knowledge of cleanliness and proper usage of water advising people to dig and make rain harvesting holes to save rainwater and which can increase ground water level in every house. He always used to share ideas which help people to live in and maintain a better society.

I honestly convey Santosh is active, dedicated, capable of the responsibilities he committed towards family as well as society as we see him from his birth and brought up in front of us with a good character.

I am aware of current situation of Santosh is undergoing there which I strongly believe that it is out of his character and his family character. He is also like a son to me as he has grown up playing with my children in our hands.

Whatever sorrow he is facing there is not only effecting him but led to severe health issues and heart problems to his mother who is already a patient and to his wife which is hardest and tough time she is experiencing without him.

Thankyou for taking time to read my letter. I sincerely request you and concerned authorities of USA government to consider our word and give him a chance and release him to save the lifes of his wife and mother.

Thanking you,
Yours faithfully,

SIGNATURE:
NAME:  P.Vijay Kumar
CONTACT NUMBER: 9866871729

ATTESTED
B. N. RAM B.Com.
ADVOCATE & NOTARY
Appointed by Govt. of Telangana India
H.No.8-5-283/62, Karmanghat
Saroornagar Ranga Reddy Dist.

 

భారత ప్రభుత్వం
**Unique Identification Authority of India**
**Government of India**

నమోదు సంఖ్య / Enrollment No. : 1093/20210/01064

To
**Patel Vijaykumar**
పటేల్ విజయకుమార్
S/O P Chittaralah
17-1-382/P/119
champa pet press colony
saldabad
Saidabad
Saidabad,Hyderabad,
Andhra Pradesh - 500059
9866871729

19/07/2011

UF222119395IN
22211939

మీ ఆధార్ సంఖ్య / Your Aadhaar No. :

# 4396 0236 6171

ఆధార్ - సామాన్యుని హక్కు





GOVERNMENT OF INDIA

పటేల్ విజయకుమార్
**Patel Vijaykumar**

పుట్టిన సంవత్సరం/Year of Birth: 1956
పురుషుడు / Male

4396 0236 6171

ఆధార్ - సామాన్యుని హక్కు



XEROX COPY ATTESTED
**B.N.RAM** B.Com.,LL.B
ADVOCATE & NOTARY
Appointed By Govt. of Telangana India
H.No.8-5-283/62, Karmanghat
Saroornagar, Ranga Reddy Dist

  

**ADVOCATE**

| | |
|---|---|
| **PASUPULETI VEDANTHAM**<br>       **MA. LL.M, PMIR**<br>       **Advocate** | H.No. 8-4-119,<br>Pavan Puri Colony,<br>Karmanghat, Hyderabad,<br>State of Telangana, India. |

Date: 08-06-2019.

## <u>TO WHOM SO EVER IT MAY CONCERN</u>

This is to certify that Mr. **SAMA SANTOSH REDDY**, S/o. Late. Sama Janardhan Reddy, resident of H.No. 17-1-382/P/98, Press Colony, Saidabad, Hyderabad – 500 079, State of Telangana, India, of Age: 29 Years, who pursued in ECE (Electronic and Communication Engineering), from: Asifia College of Engineering and Technology with an aggregate of 60.75% in academics bearing Passport bearing No. L4075876, is an intelligent, nature, capable and dedicated young man, who is always quick on his geet to social work with sensible reactions in all the circumstances is have seen him in. I feel very confident in saying that he is responsible, known by with holding family responsibilities of his mother & 3 Sisters, at early age of 16 Years.

I feel very unfortunate to unfair situation happed to him by which his life and his family went in to darkness as he is only sources of that family whom are completed dependent on him for their survival.

So I request you (USA Govt. and ICE Department), to consider my words and give him a chance out of humanity to save his wife life and release him, as he has no criminal history in India, bearing Aadhaar Card No. 439144562434.

8/6/2019

**(PASUPULETI VEDANTHA)**
**Advocate**

ATTESTED
PASUPULETI VEDANTHAM
Advocate & Notary Reg. No. 8815
Appointed by Govt. of India
8-4-119, Pavanpuri Colony, Karmanghat
Saroor Nagar (M), P.R. Dist.-70