UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

# INDEX OF EXHIBITS

**EXHIBIT**            **DESCRIPTION**

| EXHIBIT | DESCRIPTION |
|---|---|
| **A** | **Ledger- 9-18-17** |
| **B** | **Ledger- 10-26-17** |
| **C** | **Ledger- 11-9-17** |
| **D** | **Ledger- 1-22-18** |
| **E** | **Ledger- 8-29-18** |