# Attachment A

From: santoshreddy sama

Sent: Monday, September 18, 2017 9:58 PM

To: Ali Milani @UF

Subject: Fees paid by these candidates till now

Paid fees

1) Sudhakar Gaddam
2) Narender Koyyada
3) Sai Lavanesh Deshabattini
4) Suresh Reddy Kandala
5) Vinesh Kumar Polishetty
6) Abhishek Reddy Hanumanthu
7) Srinath Reddy Gattupally
8) Subhash Giri
9) Shashikanth Konjarla
10) Sai Krishna Daggu
11) Rajesh Resoju
12) Phanidhar Kumar Soma
13) Meher Chandra Chintala
14) Bharath Reddy Kaki Reddy
15) Harsha Vardhan Thadkapally
16) Shiva Kumar Padi
17) Ravi Teja Mutyala
18) Bhanu Kiran Pasula
19) Suresh Pigili
20) Arjun Reddy Dendi
21) Ajay Kumar Padmanabula
22) Ajay Kumar Katkuri
23) Avinash Kumar Methari
24) Mani Shekhar Lotta
25) Spandana Nayakanti
26) Avinash Thakalapally
27) Jejeswar Muddaluru
28) Jagadeeshwar Rao Jupally
29) Mahesh Jagtap
30) Naga Venkata Madhuri Singampalli
31) Praneeth Punnam

09/18/2017