# Attachment C

**From:** santoshreddy sama

**Sent:** Thursday, November 9, 2017 10:11 PM

**To:** Ali Milani @UF

**Subject:** Till now joined students

Hi Ali this list is till now please go through it

cid:15fa3e780a426f66e263

11/09/2017

## Paid fees

1) Sudhakar Gaddam
2) Narender Koyyada
3) Sai Lavanesh Deshabattini
4) Suresh Reddy Kandala
5) Vinesh Kumar Polishetty
6) Abhishek Reddy Hanumanthu
7) Srinath Reddy Gattupally
8) Subhash Giri
9) Shashikanth Konjarla
10) Sai Krishna Daggu
11) Rajesh Resoju
12) Phanidhar kumar Soma
13) Meher Chandra Chintala
14) Bharath Reddy Kaki Reddy
15) Harsha Vardhan Thadkapally
16) Shiva kumar Padi
17) Ravi Teja Motyala
18) Bhanu Kiran Pasula
19) Suresh Pigili
20) Arjun Reddy Dendi
21) Ajay kumar Padmanabula
22) Ajay kumar Katkuri
23) Avinash Kumar Methari
24) Mani Shekhar Lotta
25) Spandana Nayakanti
26) Avinash Thakalapally
27) Jejeswar Muddaluru
28) Jagadeeshwar Rao Jupally
29) Mahesh Jagtap
30) Naga Venkata Madhuri Singampalli
31) Praneeth Punnam
32) Mounika Nagi Reddy
33) Shiva prasad Gummala
34) Venkatesh Chanda
35) Sravan Kumar Bommara
36) Mohan kumar Bade
37) Sathish Dorepalli
38) Jagadishwar Lokala
39) Sandeep Kumar Maram
40) Sai Kiran Lingala
41) Potla Saidarao
42) Praneeth Vaddeboina
43) Sandeep Bakana
44) Bharadwaja Lomke
45) Harikanth Bantolla
46) Ranjith Kumar Kaitha
47) Lakshman Kumar Kodipunjula
48) Nikesh Pasupuletti
49) Rakesh Bazar
50) Sandeep Reddy Katti
51) Vamshi (Nagi) Gaddam
52) Umadevi Chovva

53) Arun Reddy Gutha
53) Shiva Kumar
54) Sai Kiran Gutha
55) Pradeep Reddy Dubbake
56) Hariprasad Cheruku
57) Nagarjuna Reddy Meruvu
58) Shiva Kumar Abburi
59) Sai Srikanth Reddy Palakolanu
60) Dilip Gujja
61) Praveen Kumar Mamindla
62) Naveen Jadow
63) Bala Charan Basanta
64) Swetha Saiduri
65) Manoj Yenumulapally
66) Ajay Kumar Mera
67) Shiva Kumar Vallaboju
68) Navya Nalla
69) Srikanth Yalla
70) Revan Kumar Vaddepalli
71) Druva Kumar Kudumula
72) Sai Krishna Vemulapalli
73) Surekha Rampa
74) Sandeep Venkumanthi
75) Rakesh Mamidi
76) Nithin Yanamagandla
77) Srikanth Katta

76) Sandeep Kumar Maram
77) Anuroop Sai Reddy Pantula
78) Rama Rao Annamaneni
79) Ashwin Yadav Nimmala Ramesh
80) Nithin Janamandla
81) Abhilash Madhavaram
82) Karthik Reddy Buchanolla
83) Sree Nithin Jakkula
84) Santosh Reddy Chemarla
85) Sujith Annabomina
86) Thriloe Reddy Kolan
87) Sravan Samala
88) Sandeep Paidipalli
89) Satish Kumar Goud Koyyada
90) Mallikarjun Nalabothu
91) Praveen Kumar Bodige
92) Prem Kumar Rampeesa
93) Barath Reddy Yadavalli
94)