# Attachment D

 

614 588 - 0706

NAME: Santosh Reddy STD.: MSCG SEC.: 111 ROLL NO.: 1247 SUB.: _____

| S. No. | Date | Title | Page No. | Teacher's Sign / Remarks |
|--------|------|-------|----------|--------------------------|
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      | Santosh Reddy . Sama |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |
|        |      |       |          |                          |

1) Sudhakar Gaddam
2) Namadev Koyada
3) Sai Laranesh Deshabottini
4) Suresh Reddy Kandala
5) Vinesh Kumar Polishetty
6) Abhishek Reddy Hanumanthu
7) Srinath Reddy Guttupally
8) Subhash Giri
9) Shashikanth Konjarla
10) Sai Krishna Daggu
11) Rajesh Resoju
12) Phanindhar Kumar Soma
13) Mehar Chandra Chintala
14) Bharath Reddy Kari Reddy
15) Harsha Vardhan Thadkapally
16) Shiva Kumar Padi
17) Ravi Teja Mutyala
18) Bhanu Kiran Pasula
19) Suresh Pigili
20) Arjun Reddy Dendi
21) Ajay Kumar Padmanabula
22) Ajay Kumar Katkuri
23) Avinash Kumar Methari
24) Mani Shekar Lotta
25) Spandana Nayakanti
26) Avinash Thakalapally
27) Tejeshwar Muddaluru
28) Jagadeeshwar Rao Jupally
29) Mahab Jagtap
30) Naga venkata Madhuri Singampalli
31) Praneeth Punnam
32) Mounica Nagi Reddy
33) Shiva Prasad Gummala.

Venkatesh Chaada

Sravan Kumar Bommana

36) Mohan Kumar Bade

37) Satish Dorepalli

38) Jagishwar Lokkla.

39) Sandeep Kumar Maram

40) Sai Kiran Lingala

41) Saidarao Potla

42) Praneeth Vaddeboina

43) Sandeep Bakuna

44) Bharadwaja · Lanke

45) Hari kanth Bantolla

46) Ranjith Kumar Koti Kaitha.

47) Nikesh Pasupuletti

48) Rakesh Bazar

49) Sandeep Reddy katti

50) Lakshman Kumar Kodipunjula.

51) Vamshi Gaddam

52) Umadevi Chowa.

53) Arun Reddy Gutha

54) Shiva kumar

55) Sai kuma Kiran Gutha

56) Pradeep Reddy Dubbaka

57) Hari Prasad chenuku

58) Shiva kumar Abburi

59) Sai Srikanth Reddy Palakolanu

60) Nagarjuna Reddy Meruvu

61) Dilip Gujja

62) Praveen kumar Mamindla

63) Naveen Jadaw

64) Balai Charan Basanla

65) Swetha Souduri

66) Manoj Yenumulapally

67) Ajay Kumar Meka
68) Shiva Kumar Vallaboju
69) Navya Nalla
70) Srikanth Yalla
71) Pavan Kumar Vaddepalli
72) Druva Kumar Kudumula
73) Sai Krishna Vasu Vemulapalli
74) Surekha Rampa
75) Sandeep Venkumanthi
76) Rakesh Mamidi
77) Nithin Yanamagandla
78) Srikanth Kotta
79) Sandeep Kumar Maram
80) Anroop Sai Reddy Pantula
81) Rama Rao Annamaneni
82) Ashwin Yadav Nimmala Ramesh
83) Nithin Janamandla
84) Abhilash Madhavaram
85) Karthik Reddy Buchanolla
86) Sree Nithin Jakkula
87) Santosh Reddy Chemarla
88) Sujith Annabomina
89) Thrilok Reddy Kolan
90) Sravan Samala.
91) Sandeep Poudipalli
92) Satish Kumar Goud Koyyada
93) Mallikarjun Nalabothu
94) Praveen Kumar ~~Ramprasa~~ Bodige
95) Barath Reddy Yadavalli
96) Farzana Hooda
97) Prem Kumar Rampeesa
98) Sai Datta pavan Jinkala
99) Nitish Senthi

100) Vamshi Krishna
101) Sarvesh Neerukonda
102) Sai Krishnakanth Vemavarapu
103) Anoop Reddy Chinniti
104) Mallikarjun Reddy . P
105) Raja shekar Gumantla
106) Appanigani Shravan
107) Santosh Reddy Janne.
108) Adarsh Reddy Dammyagari
109) Ashish Gajula
110) Rohith Reddy Bokka
111) Vamshi Rachamalla
112) Anil Reddy Kunduru
113) Naval Kishore Kadari
114) Venkataswamy Jaddu.
115) Kayati Swaroop
116) mohammed sohael
117) Prathyush mamidela

## Jan

1) Srikanth Katta — f
2) Adithya Kovour
3) Dinesh Pagidi
4) Naveen Pedamalla
5) Ravindu Reddy Dashetly
6) Venkanna Rayapuram
7) Praveen Kumar Ganji
8) Ravi Bellamkonda — f
9) Sai Santosh Gopishetty — f
10) Deepthi Kasinadhuri (P)
11) Gayathri Sagar Rachakonda
12) Manoj Kumar Nanjala
13) Somashekar Pinjala
14) Anil Bhaskar Reddy Posam — f
15) Sai Chand Talupula.
16) Venkata Naga Gopi Katari
17) Hema palli
18) Sreevani Kallem
19) Tagore Maturi
20) Sai Kiran Nagala
21) Shiva Bharath Krishna Kamutam
22) Shyam Prasad Dodda
23) Sandeep Reddy yellu
24) Prashanth Goud Balasani
25) Hari Krishna Bandi
26) Ramu Vemavarapu
27) Sameer Shaik (P)
28) Murali Krishna Goudguluri
29) Venkata Shiva Krishna Thanikonda

1) Srikanth Katta  — f
2) Aditya Kadur
3) Dinesh Pagidi
4) Naveen Pedamalla
5) Ravindu Reddy Dashetly
6) Venkanna Rayapuram
7) Praveen Kumar Ganji
8) Ravi Bellamkonda  — f
9) Sai Santosh Gopishetty  — f
10) Deepthi Kasinadhuri  (P)
11) Gayathri Sagal Rachakonda
12) Manoj Kumar Nanjala
13) Somashekar Pinjala
14) Anil Bhaskar Reddy Pasam — f
15) Sai Chand Talupula.
16) Venkata Naga Gopi Katari
17) Hema palli
18) Sree Vani Kallem
19) Tagore Moturi
20) Sai Kiran Nagala
21) Shiva Bharath Krishna Kamutam
22) Shyam Prasad Dodda
23) Sandeep Reddy yellu
24) Prashanth Goud Balasani
25) Hari Krishna Bandi
26) Ramu Vemavarapu
27) Sameer Shaik  (P)
28) Murali Krishna Goudgu Luri
29) Venkata Shiva Krishna Thanikonda
30) Sri Teja Chava — f  (P)
31) Pramod lella — f  (P)
32) Bala Chandan Reddy Komma Reddy
33) Praneeth Yadav Vanguru — f

34) Saanya Bhavana - f
35) Sravan Apparigani
36) Venkata Ramakanth Gangavarapu   (P)
37) Meghana Gavini
38) Bal Reddy Ampala - f
39) Sai Anjani Dasari - f
40) Anvesh Kamarthapu - f
41) Dinesh Doddala - f
42) Udai Bhanu Chunchu - f
43) Bharath Bachala
44) Venkata Naidu Pemmasani
44) Buddala Mohan Vinoth
45) Ravi prasad lanka x
46) Pavan Kumar Pinneimaneni
47) Adithya Reddy Koduganti
48) Shashank Pokala
49) Rohan Banuri
50) Madhu sudhan Reddy Bezawada
51) Kishore Adapa
52) Ramesh Patvai
53) Abhinov Goud Begdayam
54) Tejaswi Paruganti
55) Rama phani Kumar Moola
56) Nithin Reddy Kanmantha
57) Shireusha Yerramshetti
58) Soundama Raj Preshanna
59) Bala Naga Durga Potarlanka
60) Gopi Chowdary Ravipati
61) Sharath Reddy Yettaram
62) Bal Reddy Somka
63) Wang Jason
64) Vaikuntam Manoj Amballa
65)

34) Soumya Bhavana - f
35) Sravan Apparigani
36) Venkata Ramakanth Gangavarapu  (P)
37) Meghana Gavini
38) Bal Reddy Ampala - f
39) Sai Anjani Dasari - f
40) Anvesh Kamarthapu - f
41) Dinesh Doddala - f
42) Udai Bhanu Chunchu - f
43) Bharath Bachala
44) Venkata Naidu Pemmasani
44) Buddala Mohan Vinodh
X45) Ravi prasad lanka X
46) Pavan Kumar Pinnamaneni
47) Adithya Reddy Koduganti
48) Shashank Pokala
49) Rohan Banuri
50) Madhu Sudhan Reddy Bezawada
51) Kishore Adapa
52) Ramesh Palvai
53) Abhinov Goud Begdurgam
54) Tejaswi Paruganti
55) Rama phani Kumar Moola
56) Nithin Reddy Kanmantha
57) Shireesha Yerramshetti
58) Soundarya Raj Preshanna
59) Bala Naga Durga Potarlanka
60) Gopi Chowdary Ravipati
61) Sharath Reddy Yettaram
62) Bal Reddy Somika
63) Wang Jason
64) Vaikuntam Manoj Amballa
65) Sunil Babu Bandari

66) Anila Kathalamalla
67) Thyagarajulu Reddy Chintha Reddy
68) Kiran Kumar Cherupally
69) Shiva Reddy Peddy Reddy
70) Krishna kanth Adloori
71) Santosh Reddy Mummadi
71) Shyam Prakash babu Narbashetty
72)

_Feb_

1) Jayanth Reddy Nadikatta  'X
2) Sai Ram Teja Sri harsha  X
3) Bharath Gongi  X
4) Priyanka Chowdary  X
5) Sai Pavan Reddy Edla  —Ⓟ  X
6) Sai spandana Burri  X
7) Viswa Teja Edara  X
8) Kiran Shyam Musonuru  X
9) Sai Srinivas Ganti  X
10) Laxmi Srujan Kumar Iluri  X
11) Monica Jonnada  X
12) Sai kumar Gelli  X
13) Sahithi Akkenapally  X
14) Praveen Reddy Edla  X
15) Amareshwara Reddy Paraney  X
16) Pooja Menda  Ⓟ X
17) Shekar Volla  X
18) Tharun Reddy  X
19) Sidhu Ananthula  X
20) Surya teja  X
21) Praneeth Poojitha Reddy Mallu X
22) Sravan Kumar mallaram
23) Thrilok kukkudapu
24) Sainadh nuvvula.
25) Hari Rajesh Thotakuri
26) Anil kumar Aparadi  Ⓟ  X
27) Dhuraj Reddy Sama  Ⓟ
28) Vamshi krishna Reddy Komati Reddy  Ⓟ
29) Amrutham Manish  X

Prayana Chaudary

5) Sai Pavan Reddy Edla — (P) X

6) Sai spandana Burri X

7) Viswa Teja Edara X

8) Kiran Shyam Musunuru X

9) Sai Srinivas Ganti X

10) Laxmi Srujan Kumar Iluri X

11) Monica Jonnada X

12) Sai Kumar Gelli X

13) Sahithi Akkenapally X

14) Praveen Reddy Edla X

15) Amareshwara Reddy Paraney X

16) Pooja Menda (P) X

17) Shekar Volla X

18) Tharun Reddy X

19) Sidhu Ananthula X

20) Surya teja X

21) Praneeth Poojitha Reddy Mallu X

22) Sravan Kumar mallaram

23) Thrilok Kukkudapu

24) Sainadh nuvvula.

25) Hari Rajesh Thotakuri

26) Anil Kumar Aparodi (P) X

27) Dheeraj Reddy Sama (P)

28) Vamshi Krishna Reddy Komati Reddy (P)

29) Amrutham Manish X

30) Rohith Reddy Vedire

31) Ganesh Reddy Nagarkunta X

32) Dileep Chinnolagani (P) X

33) Prudhvi Nag Challa. (P)

34) Mahesh Reddy Kuchikulla (P)
35) Saurab deepura (P)
36) Vamshidhar Reddy kotla (P) X
37) Venkat teja Kamisetty (P) X
38) Abhilash Duggula (P)
39) Shiva Prasanna Kumar Chintapalli (P) X
40) Priyanka SriRama (P) X
41) Sai Shashank Panchangam
42) Vishal Dotla X
43) Kiran Daruwadi
44) Satyavardhan Karinilla X
45) Sunil manohar Reddy Kommireddy X
46) Srikanth Reddy Vangala X
47) Sukesh Anapati
48) Mahesh babu Kakumanu
49) Rajesh kethineni (P)
50) Manasa Peddi
51) Sai Krishna Yadav Challendula.
52) Rahul Kumar Gandhe.
53) Bharath goud Yerukala X
54) Nikhil Chepuri (P)
55) Sagar kandula
56) pavan kalyan — (P)
57) Narsimho Rao Ayliani —(P)
58) Vishal Anumula
59) Gopi Krishna Grutta
60) Sharath Kamatham X
61) Gandalam RudRayya Kasturi Rang X
62) Suppala chetan X
63) Lavanam Sandeep
64) Venkata sai Nirmal Meashala. X
65) Sirisha Thunikipata X
66) Sri houcha Gunda.

67) Sai Charan Laddipalli   X
68) Jyothi Grandham   X
69) Sujith Chand Machaila  .X
70) Veenadhri Reddy Ramidi   X
71) Udaypal Reddy Solipuram   X
72) Soma Shekar Reddy patlola   X
73) Nanda Kumar.   X
74) Sai Srinivas Granti   X
75) Mahesh babu thaduri   X
76) Vijay Kumar Komma   (P)   X
77) Sailesh Gudedul   -(P)   X
78) Yogesh Pinemula   X
79) Siddarth Sanchinola   - (P)
80) Sai kanth H — f.
81) Ahemed pasha
82) Pavan kumar.
83) Prakash Reddy lenkala.
84) Pridhvik Reddy. X X
85) Shiva tega - Dachepally

March

- 1) Hitesh Kumar Sunkarapally - (P)
- 2) Aslam Basha Shaik - (P)
- 3) Gopi Shankar Reddy Komma - (P)
- 4) Rama Rao mannava - (P)
- 5) Dilvar Singh - (P)
- 6) Anil Kumar Kamde - (P)
- 7) Venkat Reddy Ponna - (P)
- 8) Gayaz ali Mohammad - (P)
- 9) Pranaya Sri Kanchaela - (P)
- 10) Nehal Kumar Gunjorla - (P)
- 11) Thumala Sameera - (P)
- 12) Ananthula Deeraj Reddy
- 13) Sharath Reddy Kaithi
- 14) Abhilash Kumar budida
- 15) Asha Vidya
- 16) Suresh Kumar Oravolu
- 17) Neel Venkatesh totha
- 18) Srikanthi E
- 19) manisha E
- 20) Sushma A
- 21) Veena - K
- 22) Santosh Reddy K
- 23) manoj Banuca
- 24) Sai Vamapras ad Yadav Caveri - (P)
- 25) Naresh Kumar Reddy-S
- 26) Solipuram Srinivas Reddy
- 27) Divya Sree
- 28) Prudhvik Reddy
- 29) Kaethik Reddy Palwai

1) Aslam Basha sheik
2) 
3) Gopi Shankar Reddy Komma -
4) Rama Rao mannava
5) Dilvae Singh
6) Anil kumar Kande
7) Venkat Reddy ponna
8) Gayaz ali Mohammed
9) Pranaya Sri Kanchaala
10) Nehal kumar Gunjarla
11) Thumala Sameera
12) Ananthula Deeraj Reddy
13) Shalath Reddy Kaithi
14) Abhilash kumar budida
15) Asha Vidya
16) Suresh Kumar Oravolu
17) Neel Venkatesh totha
18) Srikanthi E
19) manisha E
20) Sushma A
21) Veena - K
22) Santosh Reddy k
23) manoj Banuka
24) Sai Vanaprasad Yadav Caveri - (P)
25) Naresh Kumar Reddy S
26) Solipuram Srinivas Reddy
27) Divya Sree
28) Prudhvik Reddy
29) Karthik Reddy Palwai
30) Srinivas Yadav Busaboina
31) Venkata Rao Mukrapati - (P)
32) Vamshidhal Reddy
33) Sri Ram Chagantipati - (P)

| 34 | Sudheer Maluku. |
| 35 | Manjunath Gunde Panga |
| 36 | Rajashekar Gonta |
| 37 | Goverdhan Reddy maligireddy |
| 38 | Sandeep Kota |
| 39 | Mani Kiran |
| 40 | Gulam Mujtaba Hamshi |
| 41 | mohammed akbar |
| 42 | Vangur Dheeraj Kumar Reddy | — ph |
| 43 | Sai Sriman Pili | — ph |
| 44 | Kranthi Kiran Reddy Thadakapally | — ph |
| 45 | Venkata Sai Nirmal Kumar Meeshala X — ph |
| 46 | Radhika Sripuram. | — ph |
| 47 | Tejaswini Kotha. | — ph |
| 48 | Ajay kumar Nimmagadda. | — ph |
| 49 | Amarender Reddy Htim Kasi Reddy | — ph |
| 50 | Subbaraju | — ph |
| 51 | Manik Vojja | — ph |
| 52 | Rakesh Reddy Ponmati | — ph |
| 53 | Kranthi Yedla. | — ph |
| 54 | Srinivas Ramidi | — ph |
| 55 | Ravi chandhar Reddy Gopireddy | — ph |
| 56 | Sandeep Pulakanti | — ph |
| 57 | Vamshi Rakepolli | — ph |
| 58 | Manasa Dolla | — ph |
| 59 | Sunil Kumar Bobba. | — ph |
| 60 | Nikhil Venepally | — ph |
| 61 | Divya Sree Bukka | — ph |
| 62 | Chaitanya Sai kumar Valluri | — ph |
| 63 | Rajitha. Surapaneni | — ph |

39   Mani Kiran
40   Gulam Mujtaba Hamshi
41   Mohammed akbar
42   Vangur Dheeraj Kumar Reddy
43   Sai Sriman Pilli
44   Kranthi Kiran Reddy Thadakapally
45   Venkata Sai Nirmal Kumar Meeshala
46   Radhika Sripuram.                        — p
47   Tejaswini Kotha.                         — ph
48   Ajay kumar Nimmagadda.                — ph
49   Amarender Reddy Krim Kasi Reddy  — pb
50   Subbaraju                               — ph
51   Manik Vojja                             — ph
52   Rakesh Reddy Ponthati                — pb
53   Kranthi Yedla.                          — ph
54   Srinivas Ramidi                         — ph
55   Ravi chandhar Reddy Gopireddy     — ph
56   Sandeep Pulakunti                      — ph
57   Vamshi Rakipalli                        — ph
58   Manasa Dolla                            — ph
59   Sunil Kumar Bobba.                    — ph
60   Nikhil Venepally                        — ph
61   Divya Sree Bukka                       — ph
62   Chaitanya Sai kumar Valluri      — pb
63   Rapitha. Surapaneni                    — ph
64   Pavan Kumar Reddy Adhirala.— ph
65   Arun Kumar mohe.        — ph
66   Santosh Kumar Koppula — ph
67   Swamy Sarnala          — ph
68   venkat Reddy MADDI — ph

69 Venkata Kilamangalam — ph
70 Prashakar Auti
71 Srikanth Yadav totha
72 Venkat Reddy Kusam
73 Sai Ram Gangishetty
74 Shiva Kumar Banola — ph
75 Siva harsha Illa — ph
— 76 = Kranthi kiran Yadav Maddi .
77 Durga prasad Mogothi
78 Naresh Neta
79 Rajath dixit . — ph
80 Sai Krishna Kaliasoper. — ph
81 Naveen Reddy Mudupe — ph
82 Gnana prakash Reddy Tiyyagura. — ph
83 Karthikey Coimbatore Murugesan — ph
84 Sravavanan Palaniappan — ph
85 Prudhvi Reddy gasukonda. — ph
86 Yaswanth kolluru. — ph
87 Vinisha Katepally — ph
88 Sombashiva Naspuri — ph
89 Santosh kumar Protapuram — ph
90 Srikanth Reddy Pamena — ph
91 Phani Ratna — ph
92 Sruthi Akavaram — ph
93 Praveen Kumar Agaku — ph
94 Prakash Reddy Lenkala — ph
95 Kranthi kumar maroju — ph
96 Rohith Katta — ph
97 Mahenradagiri Goswami — ph
98 Venu.
99 Jagadish Koduri — ph.
100 Praveen.
101 Srikanth

73 Sai Ram Gangihetty
74 Shiva Kumar Banala — ph
75 Sita harsha Illa — ph
76 Kranthi Kiran Yadav Maddi
77 Durga prasad Nagothi
78 Neresh Neta
79 Rajith dixit. — ph
80 Sai Krishna Kaliasopu. — ph
81 Naveen Reddy Mudupu — ph
82 Gnana prakash Reddy Tiyyagura. — ph
83 Karthikey Coimbatore Murugusan — ph
84 Sravanan Palaniappan — ph
85 Prudhvi Reddy gasukonda. — ph
86 Yaswanth Kollure. — ph
87 Vinisha Katepally — ph
88 Sombashiva Naspuri — ph
89 Santosh kumar Pratapuram — ph
90 Srikanth Reddy Pamena — ph
91 Phani Ratna — ph
92 Sruthi Akavaram — ph
93 Praveen Kumar Pogaku — ph
94 Prakash reddy Lenkala — ph
95 Kranthi kumar maroju — ph
96 Rohith Katta — ph
97 Mahenradagni Goswami — ph
98 Venu.
99 Jagadish Koduri — ph.
100 Praveen.
101 Srikanth
102 Balaji — p

102) Anudeep Goud Bathula.
103) Shashank Mamudala.
104) Sindhu Vasavi
105) Phanindra Reddy battula.
106) Vatsyayan
107) Yogeshwar Panga
108) Spandana nidhuram
109) Tejashwini Yatam
110) Thirupathi
111) Sai praveen
112) Ram Chandra.

Prem

1) Sourab Deopura
2) Dr. Dilip · Chennaichgari
3) Pruthvi Nag Challa.
4) Maheshwar Reddy K
5) Siddarth · S.
6) Pramod Lella — ⑤
7) Sri tēja Chava — ④
8) Ajay Dasari — No Doc
9) Venkata teja Kammishetty
10) Abhishek Duggiyala
11) Shiva prasanna Kumar Chintapally
12) priyanka s
13 Deepthi k
14) Sammer Shaikh.
15) Narsimha Rao · A
16) Hasan teja- G· — No Doc
17) Sri pawan Reddy edla
18) Pooja manda
19) Rajesh Kothineni
20) Sailesh Gudeeal
21) Mahmood Younis — No·Doc
22 Anil Kumar aparadi
23 Dhuraj Sama
24 Vamshi Komath Reddy
25) Venkat — R· Gangavarapu
26) Nikhil chepuri
27) Vijay kumar komma
28) Venicata prabu Rembabu — No-Doc
29) Sai Nadh Reddy · G· No Doc

3) Prachi Nag Challa
4) Maheshwar Reddy K
5) Siddarth S
6) Pramod Lella — ⑤
7) Sri teja Chava — ④
8) Ajay Davani — NO-DOC
9) Venkata teja Kammishetty
10) Abhishek Duggiyala
11) Shiva prasanna Kumar Chintapally
12) priyanka s
13) Deepthi K
14) Sammer sheilk.
15) Narsimha Rao-A
16) Hasam teja-G. — NO DOC
17) Sri pavan Reddy edla
18) Pooja Manda
19) Rogesh Kathineni
20) Sailesh Gudeeal
21) Mahmood Younis — NO-DOC
22) Anil Kumar aparadi
23) Dheeraj Sama
24) Vamshi Komath Reddy
25) Venkat — R. Gangavarapu
26) Nikhil chepuri
27) Vijay Kumar Komma
28) Venkata prabu Rambabu — NO-DOC
29) Sai naah Reddy - G. NO DOC
30) Balaji Soma-NO DOC.
31) Vamshi dhar Reddy palle - NO·DOC
32) Pavan Naik
33) Naval Kishore.
34) Karthik Reddy Grayom — NO DOC.

35) Ajay Kumar Mimmagda - NO. DOC

April

1) Adi Shankara Reddy Gangasani
2) Kishore Kumar Chunchu.

Date

Page

Vinesh -    1275
phani.soma - 1750
Sai Santosh - 2500
Anil bhaskar - 2500

fees

| | |
|---|---|
| Vinesh Kumar polishetty - | 2500 |
| Suresh Reddy Kandala - | 2500 |
| Shashi kanth Konjarla ⌐ | |
| Ranjesh Ruoju ⌐ | 3000 |
| Karthik Reddy Buchanolla - | 1500 |
| Ajay Kumar Reddy Meka - | 2500 |
| Sree Nithin Jakkula - | 2500 |
| Deepar Reddy Yasa - | 2500 |
| Venkata Swamy Jaddu - | 2500 |
| Swetha Souduri - | 1500 |
| Sudhakar Gaddam - | 1500 |
| Satish Goud Kayyadda - | 1500 |
| Sujith Annabomina - | 2500 |
| Saida Rao Potla - | 2500 |
| Ashwin Yadav Nimmala - | 2500 |
| Kolan trilok Reddy - | 2800 |
| Revan Kumar Vaddepalli - | 2500 |
| Nitesh kumar Seetha - | 2500 |
| Sai Datta - | 2500 |
| Santosh Reddy Cheernala - | 2500 |
| Bharath Reddy Yadavalli - | 2500 |
| Naval Kishore - | 2500 |
| Adarsh Reddy · D - | 2500 |
| Rohith Reddy Bokka - | 2500 |
| Ramu Rao · A - | 2500 |
| Anil Reddy Karthru - | ~~3500~~ |
| Anil Bhaskar Reddy | 2500 |
| Ganesh Krishna · R - | |
| Sai Lavanesh Deshabattini - | 500 |
| | 62,000 |
| | – 2500 |
| | 59,500 |
| Sai Santosh - | 2500 |

Kartik Reddy Barhanelle - 1500

Ajay Kumar Reddy Mere - 1500

Sree Nithin Jakkula - 2500

Deepac Reddy Yasa - 2500

Venkata Swamy Jaddu - 2500

Swetha Souduri - 1500

Sudhakar Gaddam - 1500

Satish Goud Koyyada - 1500

Sujith Annabomina - 2500

Saida Rao Potla - 2500

Ashwin Yadav Nimmala - 2500

Kolan trilok Reddy - 2800

Revan Kumar Vaddepalli - 2500

Nitesh Kumar Seetha - 2500

Sai Datta - 2500

Santosh Reddy Cheemarla - 2500

Bharath Reddy Yadavalli - 2500

Naval Kishore - 2500

Adarsh Reddy . D - 2500

Rohith Reddy Bokka - 2500

¹⁰⁰⁰ Rama Rao . A - 2500

~~Anit Reddy Konchru~~ - ~~3500~~

²⁵⁰⁰ ~~Ramesh Venkata~~ Anil Bhaskar Reddy . B - 2500

Sai Lavanesh Deshabattini - 500

62,000

- 2500

59, 500

Sai Santosh - 2500

Anil Bhaskar - 12500

64,500

22/1/18

Dec

Me to Amma.
Akka — 1,92,595                    12, 80, 153
Suresh — Amma — 1,92,565          − 2,80,000
Anoop — Akka — 1,92,535            10, 80,153
me — Bava — 1,92,055
Suresh — Akka — 1,90,766                      50,000, pal
Avinash — Akka (Bank) − 1,26,800 , 10,86,800 + 50,000 phm    50,000 akc
Suresh — Amma. Akka — 1,05044/−
Vinesh — mouni — 1,89,025/−
Vinesh — Bava — 1,89,766 /−
Anoop — Bava — 1,90,676 /−

<u>Jon</u>

Sri Teja

Pramod

Anil Bhaskar. — 2500-paid

Bal Reddy

Udai Bhanu.

Praneeth Yadav

Sri Kanth Kota

Sai Santosh — 1500-paid.

Ravi Room.

Sri Anjani Kamatherga

Anvesh ⟩ 469,531-4653

Dinesh

Vinesh — 1275 — paid

phani — 1750 — paid.

Sai Kanth -H - ⟩ -Nitesh

Ahmed pasha

Bala Chandan— Card

Prudhvik Reddy (Sandeep)

Meghana Gavini — Ajay — 516-648-0180

Sudheer mallu

open - bal  = 12, 80, 478

(-)  2, 00, 000 - Akka

10, 80, 478

(+)   50, 000 - Chandrapal

10, 30, 478

(+)   50, 000 - Asha mother

11, 80, 478

(+)  5, 10, 101 - Akka

16, 90 579

(+)  1, 92, 055 - Bava

18 82, 634

3 85, 160 - Amma

22, 67, 794

1, 05, 000 - Amma (suresh)

23, 72, 794

1, 89, 766 - Bava (vinesh)

25, 62, 560

(+) 1, 90, 676 - Bava (Anoop)

27, 53, 238

746
746
-450

76 3
450
313

300

450
Suresh

1300
+ 300 -

1) prani
2) Kathi
3) Srinu
4) Chandu
5) Ganesh
6) Anoop
7) Sashi
8) A Jay(B)- 180
9)

1600
250 - kathi
        uday
1850
- 313

Bal -to  + 537
me

1537
+180
With-Surgh 1717

Babai 300

with-sure 2017

5,28,000
- 70,000 - chitti
4,58,000 -

16 x
14 x 30000
420,000 -k
+23,000 -st
12,000 - u
5,000
5,60,

4652
+1390
6047

1000 - phani
2017
100 - uday
100- Sachins
1900 - Santu
4617

- 2599 - mummy-m
1818 - bxl.
2500 - Anil
7117
- 1660 - Amma
5457
-1000   Vinesh
4457
+300
4757
- 100 - Anoop
4657
- 50 -chinny
4607
+ 1750

4617
+2500
7117 - Surah
3500 - Santu
3750 - Anoop
14367

Vinesh - 1000

3750
+100
+540
4390
- 3000
Anoop - 390

3/3

1) ____
2) ____
3) ____
4) ____
5) Ganesh
6) Anoop
7) Sashi
8) Ajay (B) 180
9)

+ 300
1 600
250
1850
- 3 + 3

Bal - to me — 1537

ℬ 153-
+18 ᴏ
With -Suryh 171 ᴇ

Babu 300

With - Suryh ⅀0 17

5,18,000
- 70,000 — chit
4,58,000 —

E G ×
14 × 30,000
420,000 -ᴋ
+23,000 -St
12, 100 -U
5,000 000
5,60,

4657
+1390
6097

4617
+2500
7117 — Surah
3500 - santh
3750 - Anoop
14367

Vinesh - 1000

3750
+100
+540
4390
- 3000
Anoop. 1390

1000 - phani
2017
100 - Uday
100 - Sadhoh
1400 - Santu
4617
- 2799 - marng km
1818 - bal.
2500 - Anil
7117
- 1660 - Amma
5457
-1000  Vinesh
4457
+300
4757
- 100 - Anoop
4657
- 50 - eday
4607
+ 1750
5357
- 5000 - mama
357

