# Attachment E

From: santoshreddy sama

To: ali.milani@universityoffarmington.edu;

carey.ferrante@universityoffarmington.edu

Subject: Students list

Date: Wednesday, August 29, 2018 1:04:09 PM

Attachments: Student"s details.xlsx

| | Student Name | Date of Joining | Fee paid | Due | Toatal |
|---|---|---|---|---|---|
| 1 | Sudhakar Gaddam | | | | |
| 2 | Narender Koyyada | | | | |
| 3 | Sai Lavanesh Deshabattini | | | | |
| 4 | Suresh Reddy Kandala | | | | |
| 5 | Vinesh Kumar Polisetty | | | | |
| 6 | Abhishek Reddy Hanumanthu | | | | |
| 7 | Srinath Reddy Gattupally | | | | |
| 8 | Subhash Giri | | | | |
| 9 | Shashikanth Konjarla | | | | |
| 10 | Sai Krishana Daggu | | | | |
| 11 | Rajesh Resoju | | | | |
| 12 | Phanindhar kumar Soma | | | | |
| 13 | Mehar chandra Chintala | | | | |
| 14 | Bharat reddy Kakireddy | | | | |
| 15 | Harsha vardhan Thadkapally | | | | |
| 16 | Shiva kumar Padi | | | | |
| 17 | Ravi Teja Mutyala | | | | |
| 18 | Bhanu kiran Pasula | | | | |
| 19 | Suresh Pigili | | | | |
| 20 | Arjun reddy Dendi | | | | |
| 21 | Ajay kumar Padmanabula | | | | |
| 22 | Ajay kumar Katkuri | | | | |
| 23 | Avinash kumar Methari | | | | |
| 24 | Mani shekar Lotta | | | | |
| 25 | Spandana Nayakanti | | | | |
| 26 | Aviansh Thakalapally | | | | |
| 27 | Tejeshwar Muddaluru | | | | |
| 28 | Jagadeshwar Rao Jupally | | | | |
| 29 | Mahesh Jagatap | | | | |
| 30 | Nagavenkata Madhuri Singampalli | | | | |
| 31 | Praneeth Punnam | | | | |
| 32 | Mounika Nagireddy | | | | |
| 33 | Shiva prasad Gummala | | | | |

08/29/2018

| # | Name |
|---|---|
| 34 | Venkatesh Chanda |
| 35 | Sravan kumar Bommana |
| 36 | Mohan kumar Bade |
| 37 | Satish Dorepalli |
| 38 | Jaishwar Lokula |
| 39 | Sandeep kumar Maram |
| 40 | Sai kiran Lingala |
| 41 | Saidarao Potla |
| 42 | Praneeth Vaddeboina |
| 43 | Sandeep Bakuna |
| 44 | Bharadwaja Lanke |
| 45 | Harikanth Bantolla |
| 46 | Ranjith kumar kaitha |
| 47 | Nikesh Pasupuletti |
| 48 | Rakesh Bazar |
| 49 | Sandeep reddy Katti |
| 50 | Lakshman kumar Kodipunjula |
| 51 | Vamshi Gaddam |
| 52 | Umadevi Chowva |
| 53 | Arun reddy Gutha |
| 54 | Shiva kumar |
| 55 | Sai kiran Gutha |
| 56 | Pradeep reddy Dubbaka |
| 57 | Hari prasad Cheruku |
| 58 | Shiva kumar Abburi |
| 59 | Sai srikanth reddy Palakolanu |
| 60 | Nagarjuna reddy Meruvu |
| 61 | Dilip Gujja |
| 62 | Praveen kumar Mamindla |
| 63 | Naveen Jadow |
| 64 | Bala charan Basanla |
| 65 | Swetha Souduri |
| 66 | Manoj Yenumulapally |
| 67 | Ajay kumar Meka |

| | |
|---|---|
| 68 | Shiva kumar Vallaboju |
| 69 | Navya Nalla |
| 70 | Srikanth Yalla |
| 71 | Revan kumar Vaddepalli |
| 72 | Druva kumar Kudumula |
| 73 | Sai krishna Vemulapalli |
| 74 | Surekha Rampa |
| 75 | Sandeep Venkumanthi |
| 76 | Rakesh Mamidi |
| 77 | Nithin Yanamagandla |
| 78 | Srikanth Kotta |
| 79 | Anroop sai reddy Pontula |
| 80 | Rama rao Annamaneni |
| 81 | Ashwin Yadav Nimmala Ramesh |
| 82 | Nithin Janamandla |
| 83 | Abhilash Madhavaram |
| 84 | Karthik reddy Buchanolla |
| 85 | Sree Nithin Jakkula |
| 86 | Santosh reddy Chennarla |
| 87 | Sujith Annabomina |
| 88 | Thrilok reddy Kolan |
| 89 | Sravan Samala |
| 90 | Sandeep Paidipalli |
| 91 | Satish kumar Goud Koyyada |
| 92 | Mallikarjun Nalabothu |
| 93 | Praveen kumar Bodige |
| 94 | Barath reddy Yadavali |
| 95 | Farzana Hooda |
| 96 | Prem kumar Rampusa |
| 97 | Sai datta pavan Jinkala |
| 98 | Nitesh Sutha |
| 99 | Vamshi krishna |
| 100 | Sarvesh Nurukonda |
| 101 | Sai krishnakanth Vemavarapu |

| # | Name |
|---|---|
| 102 | Anoop reddy Chinniti |
| 103 | Mallikarjun reddy P |
| 104 | Rajashekar Gorantla |
| 105 | Apparigani Shravan |
| 106 | Santosh reddy Janne |
| 107 | Adarsh reddy Dammyyagari |
| 108 | Ashish Gajula |
| 109 | Rohit reddy Bokka |
| 110 | Vamshi Rachamalla |
| 111 | Anil reddy Kunduru |
| 112 | Naval kishore Kadari |
| 113 | Venkataswamy Jaddu |
| 114 | Kayati Swaroop |
| 115 | Mohammed Sohael |
| 116 | Prathyush mamidela |
| 117 | Sikanth Katta |
| 118 | Dinesh Pagidi |
| 119 | Naveen Pedamalla |
| 120 | Ravinder reddy Dashetty |
| 121 | Venkanna Rayapuram |
| 122 | Praveen kumar Ganji |
| 123 | Ravi Bellamkonda |
| 124 | Sai Santosh Gopishetty |
| 125 | Deepthi Kasinadhuri |
| 126 | Gayathri sagar Rachakonda |
| 127 | Manoj kumar Nanjala |
| 128 | Somashekar Pinjala |
| 129 | Anil Bhaskar reddy Pasam |
| 130 | Sai chand Talupula |
| 131 | Venkata naga gopi Katari |
| 132 | Hema Palli |
| 133 | Sreevani Kauem |
| 134 | Tagore Moturi |
| 135 | Sai Kiran Nagala |

| # | Name | | | | |
|---|---|---|---|---|---|
| 136 | Shiva Bharath krishna Komutam | | | | |
| 137 | Shyam prasad Dodda | | | | |
| 138 | Sandeep reddy Yellu | | | | |
| 139 | Prashanth goud Balasani | | | | |
| 140 | Hari krishna Bandi | | | | |
| 141 | Ramu Vemavarapu | | | | |
| 142 | Sameer Shaik | | | | |
| 143 | Murali krishna Goudguluri | | | | |
| 144 | Venkata shiva krishna Thanikonda | | | | |
| 145 | Sri teja Chava | | | | |
| 146 | Pramod Lella | | | | |
| 147 | Bala chandan reddy Komma reddy | | | | |
| 148 | Praneeth yadav Vanguru | | | | |
| 149 | Sowmya Bhavana | | | | |
| 150 | Sravan Apparigani | | | | |
| 151 | Venkata Ramakanth Gangavarapu | | | | |
| 152 | Meghana Gavini | | | | |
| 153 | Bal reddy Ampala | | | | |
| 154 | Udai bhanu Chunchu | | | | |
| 155 | Bahirath Bachala | | | | |
| 156 | Venkata naidu Pemmasani | | | | |
| 157 | Buddala mohan Vinodh | | | | |
| 158 | Ravi Prasad Lanka | | | | |
| 159 | Pavan kumar Pinnamaneni | | | | |
| 160 | Adithya reddy Koduganti | | | | |
| 161 | Shashank Pokala | | | | |
| 162 | Rohan Banuri | | | | |
| 163 | Madhu sudhan reddy Bezawada | | | | |
| 164 | Kishore Adapa | | | | |
| 165 | Tejaswi Ponuganti | | | | |
| 166 | Rama phani kumar Moola | | | | |
| 167 | Nithin reddy kanmantha | | | | |
| 168 | Shirusha Yerramshetti | | | | |
| 169 | Soundara raj Preshanna | | | | |

| # | Name | | | | |
|---|---|---|---|---|---|
| 170 | Bala naga durga Potarlanka | | | | |
| 171 | Gopi chowdary Ravipati | | | | |
| 172 | Wang Jason | | | | |
| 173 | Sunil babu Bandari | | | | |
| 174 | Anila Kothurumalla | | | | |
| 175 | Thyagarajulu reddy Chinta reddy | | | | |
| 176 | Kiran kumar Cherupally | | | | |
| 177 | Shiva reddy Peddi reddy | | | | |
| 178 | Krishan kanth Adloori | | | | |
| 179 | Santosh reddy Mummadi | | | | |
| 180 | Shyam prakash babu Narlashetty | | | | |
| 181 | Jayanth reddy Nadikatta | | | | |
| 182 | Sai Ram Teja Sri Harsha | | | | |
| 183 | Bharath Gangi | | | | |
| 184 | Priyanka Choudary | | | | |
| 185 | Sai Pavan reddy Edla | | | | |
| 186 | Sai Spandana Burri | | | | |
| 187 | Viswateja Edara | | | | |
| 188 | Kiran Shyam Musunuru | | | | |
| 189 | Sai Srinivas Ganti | | | | |
| 190 | Laxmi Srujan kumar Illuri | | | | |
| 191 | Monica Jonnada | | | | |
| 192 | Sai Kumar Gelli | | | | |
| 193 | Sahithi Akkenapally | | | | |
| 194 | Amareshwara reddy Paraney | | | | |
| 195 | Pooja Menda | | | | |
| 196 | Shekar Volla | | | | |
| 197 | Tharun reddy | | | | |
| 198 | Sidhu Ananthula | | | | |
| 199 | Surya Teja | | | | |
| 200 | Poojitha reddy Mallu | | | | |
| 201 | Sravan kumar Mailaram | | | | |
| 202 | Thrilok Kukkudapu | | | | |
| 203 | Sainadh Nuvvula | | | | |

| # | Name |
|---|---|
| 204 | Hari Rajesh Thotakuri |
| 205 | Anil kumar Aparadi |
| 206 | Dheeraj reddy Sama |
| 207 | Vamshi krishna reddy Komati reddy |
| 208 | Amrutham Manish |
| 209 | Rohit reddy Vadire |
| 210 | Ganesh reddy Nagarkunta |
| 211 | Dileep Chinnaiagari |
| 212 | Prudhuvi Nag Challa |
| 213 | Mahesh reddy Kuchikulla |
| 214 | Saurub dopuru |
| 215 | Vamshidhar reddy Kotla |
| 216 | Venkat teja Kamisetty |
| 217 | Abhilash Duggula |
| 218 | Shiva Prasanna kumar Chintapalli |
| 219 | Priyanka Srirama |
| 220 | Sai Shashank Panchangam |
| 221 | Vishal Datta |
| 222 | Kiran Daruwadi |
| 223 | Satyavardhan Karinilla |
| 224 | Sunil manohar reddy Kommireddy |
| 225 | Srikanth reddy Vangala |
| 226 | Sukesh Anapati |
| 227 | Mahesh babu Kakumanu |
| 228 | Manasa Peddi |
| 229 | Sai Krishna Yadav Challendula |
| 230 | Rahul kumar Gandhe |
| 231 | Bharath goud Yerukala |
| 232 | Nikhil Chepuri |
| 233 | Sagar Kandula |
| 234 | Pavan Kalyan |
| 235 | Narsimha rao Avliani |
| 236 | Vishal Anumula |
| 237 | Gopi krishna Gutta |

| # | Name | | | | |
|---|---|---|---|---|---|
| 238 | Sharath Kamatham | | | | |
| 239 | Gandalam Rudrayya Kasturi Rang | | | | |
| 240 | Suppala Chetan | | | | |
| 241 | Lavanam Sandeep | | | | |
| 242 | Venkata Sai Nirmal Meashala | | | | |
| 243 | Srisha Thunikipata | | | | |
| 244 | Sriharsha Gunda | | | | |
| 245 | Sai Charan Laddipalli | | | | |
| 246 | Jyothi gandham | | | | |
| 247 | Sujith Chand Macharla | | | | |
| 248 | Veenadhri reddy Ramidi | | | | |
| 249 | Udaypal reddy Solipuram | | | | |
| 250 | Soma shekar reddy Patlola | | | | |
| 251 | Nanda Kumar | | | | |
| 252 | Sai Srinivas Ganti | | | | |
| 253 | Mahesh babu Thaduri | | | | |
| 254 | Vijay kumar Komma | | | | |
| 255 | Sailesh Guedul | | | | |
| 256 | Yogesh Pinemula | | | | |
| 257 | Siddarth Sanchinola | | | | |
| 258 | Saikanth H | | | | |
| 259 | Ahemed Pasha | | | | |
| 260 | Pavan kumar | | | | |
| 261 | Prakash reddy Lenkala | | | | |
| 262 | Prudhvik reddy Y | | | | |
| 263 | Shiva teja Dachepally | | | | |
| 264 | Sudheer Malku | | | | |
| 265 | Srikanth Suram | | | | |
| 266 | Shravan kumar Chattagopam | | | | |
| 267 | Uday Kumar Kothakonda | | | | |
| 268 | Hari Shubam Bathula | | | | |
| 269 | Adithya Kovour | | | | |
| 270 | Abhilash Japathi | | | | |
| 271 | Prashanth Martha | | | | |

| # | Name | |
|---|---|---|
| 272 | Arjun reddy Allumalla | |
| 273 | Santosh Kandula | |
| 274 | Murgesham | |
| 275 | Sarvanan | |
| 276 | Kiran kumar Kannoju | |
| 277 | Chandu Poonur | |
| 278 | Hitesh Kumar Sunkarapally | March |
| 279 | Venkat reddy Ponna | |
| 280 | Pranaya sri Kancharla | |
| 281 | Nehal kumar Gunjarla | |
| 282 | Sharath reddy Kaithi | |
| 283 | Abhilash kumar Budida | |
| 284 | Ashu vidya Kusuma | |
| 285 | Suresh Kumar Aravolu | |
| 286 | Venkatesh Totha | |
| 287 | Manoj Banuka | |
| 288 | Sai Varaprasad yadav Caveri | |
| 289 | Solipuram Srinivas reddy | |
| 290 | Karthik reddy Palwai | |
| 291 | Srinivas yadav Busaboina | |
| 292 | Sudheer Maluku | |
| 293 | Manjunath Gunde Panga | |
| 294 | Rajashekar Ganta | |
| 295 | Goverdhan reddy Maligireddy | |
| 296 | Sandeep Kota | |
| 297 | Mani Kiran | |
| 298 | Gulam Mujtaba Hamshi | |
| 299 | Mohammed Akbar | |
| 300 | Kranthi Kiran reddy Thadakapally | |
| 301 | Manik Vajja | |
| 302 | Vamshi Rakepalli | |
| 303 | Swamy Sarnala | |
| 304 | Prabhakar Auti | |
| 305 | Venkat reddy Kusam | |

| # | Name | | | | |
|---|---|---|---|---|---|
| 306 | Sairam Gangishetty | | | | |
| 307 | Kranthi kiran yadav Maddi | | | | |
| 308 | Durga prasad Nogothi | | | | |
| 309 | Gnana Prakash reddy Tiyyagura | | | | |
| 310 | Karthikey Coumbature Murugesan | | | | |
| 311 | Sravanan Palaniappan | | | | |
| 312 | Yaswanth Kolluru | | | | |
| 313 | Sambashiva Naspuri | | | | |
| 314 | Jagadish Koduri | | | | |
| 315 | Spandana Nidhuram | | | | |
| 316 | Tejaswini Yatam | | | | |
| 317 | Sruthi Edla | | | | |
| 318 | Melody Chang | | | | |
| 319 | Satish kumar Kamaraj | | | | |
| 320 | Sai krishna Muthpuri | | | | |
| 321 | Ramesh reddy Mamidi | | | | |
| 322 | Vamshi reddy Paila | | | | |
| 323 | Yugendhar reddy Sappidi | | | | |
| 324 | Sunil Patil | | | | |
| 325 | Shashikanth goud Dudala | | | | |
| 326 | Bindhu | | | | |
| 327 | Sai ram Pittala | | | | |
| 328 | Ajay Kumar | | | | |
| 329 | Prashanth reddy Jagirapu | | | | |
| 330 | Sreeja Varma Mudunur | | | | |
| 331 | Adi Shankara reddy Gangasani | | | | |
| 332 | Kishore kumar Chnchu | April | | | |
| 333 | Rakesh reddy | | | | |
| 334 | Srikanth Yadav | | | | |
| 335 | Sadeep Kaya | | | | |
| 336 | Bharath Pyla | | | | |
| 337 | Swetha | | | | |
| 338 | Chenna Keshava reddy | | | | |
| 339 | Santosh reddy | | | | |

| # | Name | | |
|---|---|---|---|
| 340 | Bala Sundara rao Padvala | | |
| 341 | Sai Praveen Mittapali | | |
| 342 | Gopi ChandhThotakura | | |
| 343 | Ramachandhar reddy Mamidi | | |
| 344 | Madhuri | May | |
| 345 | Divya | | |
| 346 | Kiran | | |
| 347 | Vivek reddy | | |
| 348 | Chandu | | |
| 349 | Aslam Basha Sheik | | |
| 350 | Gopi shankar reddy Komma | | |
| 351 | Rama rao Mannava | | |
| 352 | Dilvar Singh | | |
| 353 | Anil kumar Konde | | |
| 354 | Gayaz ali Mohammad | | |
| 355 | Thumala Sameera | | |
| 356 | Ananthula Deeraj reddy | | |
| 357 | Srikanthi E | | |
| 358 | Manisha E | | |
| 359 | Sushma A | | |
| 360 | Veena K | | |
| 361 | Santosh reddy K | | |
| 362 | Naresh kumar reddy S | | |
| 363 | Divya Sree | | |
| 364 | Venkata rao Mukkapati | | |
| 365 | Vamshidhar reddy | | |
| 366 | Sri ram Chagantipati | | |
| 367 | Vangur Dheeraj kumar reddy | | |
| 368 | Sai sriman Pilli | | |
| 369 | Rudhika Sripuram | | |
| 370 | Tejaswini Kotha | | |
| 371 | Ajay kumar Nimmagadda | | |
| 372 | Amarender reddy Kasireddy | | |

| # | Name |
|---|---|
| 373 | Subbaraju |
| 374 | Rakesh reddy Ponthati |
| 375 | Kranthi Yedla |
| 376 | Srinivas Ramidi |
| 377 | Ravi chandhar reddy Gopireddy |
| 378 | Sandeep Pulakanti |
| 379 | manasa Dolla |
| 380 | Sunil kumar Bobba |
| 381 | Nikhil Venepally |
| 382 | Priya sree Bukka |
| 383 | ChaitNY Saikumar Valluri |
| 384 | Rajitha Surapaneni |
| 385 | Pavan kumar reddy Adhirala |
| 386 | Arun kumar Mothe |
| 387 | Santosh kumar Koppula |
| 388 | Venkat reddy Maddi |
| 389 | Venkata Kilamangalam |
| 390 | Srikanth yadav Totha |
| 391 | Shiva kumar Banala |
| 392 | Siva harsha Illa |
| 393 | Naresh Neta |
| 394 | Rajath Dixit |
| 395 | Sai krishana Kaliasapu |
| 396 | Naveen reddy Mudupu |
| 397 | Prudhvi reddy Gasukonda |
| 398 | Vinisha katepally |
| 399 | Santosh kumar Pratapuram |
| 400 | Sikanth reddy Pamena |
| 401 | Phani Ratna |
| 402 | Sruthi Akavarum |
| 403 | Praveen kumar Pogaku |
| 404 | Prakash reddy Lankala |
| 405 | Kranthi kumar Maroju |
| 406 | Rohit katta |

| | |
|---|---|
| 407 | Mahenradagiri Goswami |
| 408 | Venu |
| 409 | Praveen |
| 410 | Srikanth |
| 411 | Balaji |
| 412 | Anudeep goud Bathula |
| 413 | Shashank Mamudala |
| 414 | Sindhu Vasavi |
| 415 | Phanindra reddy Battula |
| 416 | Vatsyayan |
| 417 | Yogeshwar Panga |
| 418 | Thirupathi |
| 419 | Sai Praveen |
| 420 | Ram Chandra |
| 421 | Mohammed Akbar |
| 422 | Sharan Teja |
| 423 | Murali |
| 424 | Sarala Inturi |
| 425 | Ajay Bandari |
| 426 | Prashanth Perala |
| 427 | Pavan Kumar |
| 428 | Sumanth |
| 429 | Prashanth |
| 430 | Shiva Miryala |
| 431 | Praveen Ragipani |
| 432 | Lavanya Chittajallu |
| 433 | Vinil Kumar |
| 434 | Vineel prasad Akula |
| 435 | Sudha madhuri battu |
| 436 | Bhanu chander luddiperrla |
| 437 | Vardhan reddy |
| 438 | Madhukar Karukuri |
| 439 | Raghu Ponugoti |
| 440 | Ravi kanth |

| | |
|---|---|
| 441 | Shiva rama krishna prasad |
| 442 | Sudheer kumar |
| 443 | Sruthi reddy |
| 444 | Lavanya Kunamaneni |
| 445 | Koushik reddy Malladi |
| 446 | Vikas Chitla |
| 447 | Sai sandeep goud Kurremula |
| 448 | Vmshidhar reddy Gangapuri |
| 449 | Jaya Shankar krishana |
| 450 | Mohd Gayaz |
| 451 | Adi Shankara reddy Gangasani |
| 452 | Kishore kumar chunchu |
| 453 | Rakesh reddy |
| 454 | Srikanth yadav |
| 455 | Sandeep Koya |
| 456 | Bharath Pyla |
| 457 | Swetha |
| 458 | Chenna keshava reddy |
| 459 | Santosh reddy |
| 460 | Bala sudara rao Padavala |
| 461 | Sai praveen Mittapali |
| 462 | Gopi chandh Thotakura |
| 463 | Ramachandhar reddy Mamidi |
| 464 | Madhuri |
| 465 | Divya |
| 466 | Kiran |
| 467 | Vivek reddy |
| 468 | Chandu |
| 469 | Sourab Deopura |
| 470 | Dilip Chinnaidhgari |
| 471 | Prudhvi nag Challa |
| 472 | Maheshwar reddy K |
| 473 | Siddarth S |
| 474 | Ajay Dasari |

475 Venkata teja kammishetty
476 Abhishek Duggiyala
477 Shiva prasanna kumar Chintapaly
478 Priyanka S
479 Sammer Sheik
480 Narsimha rao A
481 hasan teja G
482 Sri pavan reddy Edla
483 Pooja Manda
484 Rajesh Kethineni
485 Sailesh Gudual
486 Mahmood Younis
487 Anil kumar Aparadi
488 Dheeraj Sama
489 Vamshi Komatti reddy
490 Venkat Gangavarapu
491 Nikhil Chepuri
492 Vijay kumar Komma
493 Venkata prabu Rambabu
494 Sai nadh reddy G
495 Balaji Soma
496 Pavan Naik
497 Karthik reddy Gayam